# CIVIL COVER SHEET

JS-44
(Rev 2/01 DC)

## I (a) PLAINTIFFS
The United States of America, et al.

## DEFENDANTS
Bank of America Corporation, et al.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U S PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT   Delaware
(IN U S PLAINTIFF CASES ONLY)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

KEITH V MORGAN, Assistant United States Attorney
United States Attorney's Office
555 4th Street, NW, Room E4814
Washington, DC 20530
Tel   202-514-7228

Case: 1:12-cv-00361
Assigned To : Bates, John D.
Assign. Date : 3/12/2012
Description: General Civil

## II BASIS OF JURISDICTION
(SELECT ONE BOX ONLY)

- ● 1  U S Government Plaintiff
- ○ 2  U S Government Defendant
- ○ 3  Federal Question (U S Government Not a Party)
- ○ 4  Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES
(FOR DIVERSITY CASES ONLY!)   (SELECT ONE FOR PLAINTIFF AND ONE FOR DEFENDANT)

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Select one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
- [ ] 410  Antitrust

### ○ B. Personal Injury/Malpractice
- [ ] 310  Airplane
- [ ] 315  Airplane Product Liability
- [ ] 320  Assault, Libel & Slander
- [ ] 330  Federal Employers Liability
- [ ] 340  Marine
- [ ] 345  Marine Product Liability
- [ ] 350  Motor Vehicle
- [ ] 355  Motor Vehicle Product Liability
- [ ] 360  Other Personal Injury
- [ ] 362  Medical Malpractice
- [ ] 365  Product Liability
- [ ] 368  Asbestos Product Liability

### ○ C. Administrative Agency Review
- [ ] 151  Medicare Act

**Social Security:**
- [ ] 861  HIA ((1395ff)
- [ ] 862  Black Lung (923)
- [ ] 863  DIWC/DIWW (405(g)
- [ ] 864  SSID Title XVI
- [ ] 865  RSI (405(g)

**Other Statutes**
- [ ] 891  Agricultural Acts
- [ ] 892  Economic Stabilization Act
- [ ] 893  Environmental Matters
- [ ] 894  Energy Allocation Act
- [ ] 890  Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment

*(If Antitrust, then A governs)*

---

### ● E. General Civil (Other)   OR   ○ F. Pro Se General Civil

**Real Property**
- [ ] 210  Land Condemnation
- [ ] 220  Foreclosure
- [ ] 230  Rent, Lease & Ejectment
- [ ] 240  Torts to Land
- [ ] 245  Tort Product Liability
- [ ] 290  All Other Real Property

**Personal Property**
- [ ] 370  Other Fraud
- [ ] 371  Truth in Lending
- [ ] 380  Other Personal Property Damage
- [ ] 385  Property Damage Product Liability

**Bankruptcy**
- [ ] 422  Appeal 28 USC 158
- [ ] 423  Withdrawal 28 USC 157

**Prisoner Petitions**
- [ ] 535  Death Penalty
- [ ] 540  Mandamus & Other
- [ ] 550  Civil Rights
- [ ] 555  Prison Condition

**Property Rights**
- [ ] 820  Copyrights
- [ ] 830  Patent
- [ ] 840  Trademark

**Forfeiture/Penalty**
- [ ] 610  Agriculture
- [ ] 620  Other Food & Drug
- [ ] 625  Drug Related Seizure of Property 21 USC 881
- [ ] 630  Liquor Laws
- [ ] 640  RR & Truck
- [ ] 650  Airline Regs
- [ ] 660  Occupational Safety/Health
- [ ] 690  Other

**Federal Tax Suits**
- [ ] 870  Taxes (US plaintiff or defendant)
- [ ] 871  IRS-Third Party 26 USC 7609

**Other Statutes**
- [ ] 400  State Reapportionment
- [ ] 430  Banks & Banking
- [ ] 450  Commerce/ICC Rates/etc
- [ ] 460  Deportation
- [ ] 470  Racketeer Influenced & Corrupt Organizations
- [ ] 810  Selective Service
- [ ] 850  Securities/Commodities/Exchange
- [ ] 875  Customer Challenge 12 USC 3410
- [ ] 900  Appeal of fee determination under equal access to Justice
- [ ] 950  Constitutionality of State Statutes
- [x] 890  Other Statutory Actions (if not administrative agency review or Privacy Act)

Case 1:12-cv-00361-RMC Document 1-1 Filed 03/12/12 Page 2 of 2

| ○ G. Habeas Corpus/2255 | ○ H. Employment Discrimination | ○ I. FOIA/PRIVACY ACT | ○ J. Student Loan |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ○ K. Labor/ERISA (non-employment) | ○ L. Other Civil Rights (non-employment) | ○ M. Contract | ○ N. Three-Judge Court |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt Relations<br>☐ 730 Labor/Mgmt Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl Ret Inc Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ⦿ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag Judge

**VI. CAUSE OF ACTION** (CITE THE U S CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
31 U.S.C. § 3729 et seq, 12 U.S.C. § 1833a, 50 U.S.C. App § 501 et seq; 28 U.S.C. §§ 2201-2202  Wrongful conduct by mortgage servicing entities.

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F R C P 23 ☐     DEMAND $ _____  Select YES only if demanded in complaint     JURY DEMAND: ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction)  ☐ YES  ☒ NO   If yes, please complete related case form

DATE  March 12, 2012   SIGNATURE OF ATTORNEY OF RECORD _____

INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet  Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed  Listed below are tips for completing the civil cover sheet  These tips coincide with the Roman Numerals on the Cover Sheet

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence  Use 11001 to indicate plaintiff is resident of Washington, D C , 88888 if plaintiff is resident of the United States but not of Washington, D C , and 99999 if plaintiff is outside the United States

III.  CITIZENSHIP OF PRINCIPAL PARTIES  This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II

IV.  CASE ASSIGNMENT AND NATURE OF SUIT  The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint  You may select only <u>one</u> category  You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case

VI.  CAUSE OF ACTION  Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause

VIII.  RELATED CASES, IF ANY  If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form

