IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 12-0361 (RMC) |
| ) | |
| BANK OF AMERICA CORP., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ERRATA

The United States and 49 state attorneys general filed a Complaint in this matter on March 12, 2012.  The complaint erroneously omitted the signature blocks for the States of Minnesota and West Virginia.  The complaint also erroneously included the signature blocks of the Kentucky Department of Financial Institutions and the Indiana Department of Financial Institutions; both of those entities are parties to the five consent decrees filed on that date, but their signature blocks were not to have been included in the Complaint.  The attached Complaint contains the correct signature blocks.

                                                                      _____/s/_____
KEITH V. MORGAN
Assistant United States Attorney
United States Attorney's Office
555 4th Street, NW, Room E4814
Washington, DC  20530
Tel.:  202-514-7228
Fax:  202-514-8780