AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA, et al. <br> *Plaintiff* <br> v. <br> BANK OF AMERICA CORPORATION, et al. <br> *Defendant* | Case No.   1:12-cv-00361-RMC |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF  THE STATE OF CALIFORNIA          .

Date:   03/19/2012

/s/ Benjamin G. Diehl
*Attorney's signature*

Benjamin G. Diehl (California SBN 192984)
*Printed name and bar number*

California Department of Justice
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
*Address*

Benjamin.Diehl@doj.ca.gov
*E-mail address*

(213) 897-2000
*Telephone number*

(213) 897-4951
*FAX number*