AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al. *Plaintiff* | ) ) | |
| v. | ) | Case No. 1:12-cv-00361-RMC |
| BANK OF AMERICA CORPORATION, et al. *Defendant* | ) ) ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF THE STATE OF CALIFORNIA.

Date: 03/19/2012

/s/ Nicholas G. Campins
*Attorney's signature*

Nicholas G. Campins (California SBN: 238022)
*Printed name and bar number*

California Department of Justice
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
*Address*

Nicholas.Campins@doj.ca.gov
*E-mail address*

(415) 703-5500
*Telephone number*

(415) 703-5480
*FAX number*