AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.  )<br>*Plaintiff* )<br>v. )<br>BANK OF AMERICA CORPORATION, et al.  )<br>*Defendant* ) | Case No.   1:12-cv-00361-RMC |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Commonweatlh of Pennsylvania

Date:   ~~04/03/2012~~  4-05-12

/s/ John M. Abel
*Attorney's signature*

John M. Abel (Pennsylvania ID No. 47313)
*Printed name and bar number*

PA Office of Attorney General
Bureau of Consumer Protection
15th Floor, Strawberry Square
Harrisburg, PA 17120
*Address*

jabel@attorneygeneral.gov
*E-mail address*

(717) 783-1439
*Telephone number*

(717) 705-3795
*FAX number*