IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 12-0361 (RMC) |
| BANK OF AMERICA CORP., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF SUBMISSION OF ORIGINAL SIGNATURE PAGES

In accordance with the Court's Order in *In re United States Request for Relief from Filing Requirement*, Misc. Action No. 12-158 (Mar. 9, 2012), Plaintiff United States hereby advises the Court that the original signature pages for the Complaint in the above-captioned case have been submitted to the Clerk's Office in hardcopy format.

_____/s/_____
KEITH V. MORGAN
Assistant United States Attorney
United States Attorney's Office
555 4th Street, NW, Room E4814
Washington, DC  20530
Tel.:  202-514-7228
Fax:  202-514-8780