IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, *et al.*,

        Plaintiffs,                              Case No. 1:12-cv-00361 (RMC)

-vs-                                       JUDGE COLLYER

BANK OF AMERICA CORP., *et al.*,

        Defendants.

**ORDER SUBSTITUTING OHIO'S INSTRUCTIONS FOR DISTRIBUTION OF FUNDS**

The State of Ohio has moved to substitute instructions for distribution of funds to Ohio in each Consent Judgment found at R.1, Attachments 2, 3, 4, 5, and 6 at Exhibit B2-16. Defendants do not oppose this motion. For good cause shown, the following instructions for distribution of funds to Ohio found in R.1, Attachments 2, 3, 4, 5, and 6 at Exhibit B2-16 of each Consent Judgment shall be substituted as follows:

> Ohio's share of the Direct Payment Settlement Amount shall be distributed and delivered to the office of the Ohio Attorney General and shall be placed in the Attorney General Court Order Fund pursuant to section 109.111 of the Ohio Revised Code. The funds shall be transferred, distributed, disbursed, or allocated for the purposes described in Paragraph 1(b)(i) of Exhibit B of the Consent Judgment, including the costs of the Ohio Attorney General in administering this settlement and fund. Interest or other income earned on this account shall also be transferred, distributed, disbursed, or allocated for the purposes described in paragraph 1(b)(i) of Exhibit B of the Consent Judgment and for the costs of the Ohio Attorney General in administering this settlement and fund.

It is so ordered.

                                                               */s/ Rosemary M. Collyer*
                                                      JUDGE ROSEMARY M. COLLYER
                                                      4/18/12

1

| | | |
|---|---|---|
| Timothy K. Beeken<br>Mary Jo White<br>Andrew J. Ceresney<br>919 Third Avenue<br>New York, New York 10022 | Jennifer M. O'Connor<br>1875 Pennsylvania Avenue NW<br>Washington, D.C. 20006 | Meyer G. Koplow<br>Martin J.E. Arms<br>51 West 52nd Street<br>New York, New York 10019 |
| Michael J. Missal<br>1601 k Street, NW<br>Washington, DC 20006-1600 | David L. Moskowitz<br>1 Home Campus<br>Des Moines, IA 50328-0001 | Victoria Kiehl<br>1000 Technology Drive<br>O'Fallon, Missouri 63368 |
| Robert R. Maddox<br>One Federal Place<br>1819 Fifth Avenue North<br>Birmingham, AL 35203 | Daniel P. Golden<br>1615 L Street, NW, Suite 1350<br>Washington, DC 20036 | Keith V. Morgan<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, DC 20530 |
| Cynthia Clapp Drinkwater<br>1031 W. 4th Avenue, Suite 300<br>Anchorage, AK 99501 | James Bryant DePriest<br>323 Center, Suite 200<br>Little Rock, AR 72201 | Benjamin G. Diehl<br>300 South Spring Street<br>Suite 1702<br>Los Angeles, CA 90013 |
| Frances Train Grunder<br>Nicholas George Campins<br>Michael Anthony Troncoso<br>455 Golden Gate Avenue<br>Suite 11000<br>San Francisco, CA 94102 | Matthew J. Budzik<br>P. O. Box 120<br>55 Elm Street<br>Hartford, CT 06141 | Ian Robert McConnel<br>820 North French Street<br>Wilmington, DE 19801 |
| Victoria Ann Butler<br>3507 East Frontage Road<br>Suite 325<br>Tampa, FL 33607 | Jeffrey W. Stump<br>40 Capitol Square, SW<br>Atlanta, GA 30334 | David Mark Louie<br>425 Queen Street<br>Honolulu, HI 96813 |
| Brett Talmage DeLange<br>700 W. Jefferson Street<br>Boise, ID 83720 | Deborah Anne Hagan<br>500 South Second Street<br>Springfield, IL 62706 | Abigail L. Kuzman<br>302 West Washington Street<br>5th Floor<br>Indianapolis, IN 46204 |
| Thomas J. Miller<br>1305 East Walnut Street<br>Des Moines, IA 50319 | Meghan Elizabeth Stoppel<br>120 SW 10th Avenue, 2nd Fl.<br>Topeka, KS 66612 | Sanettria Glasper Pleasant<br>1885 North Third Street<br>4th Floor<br>Baton Rouge, LA 70802 |
| William Joseph Schneider<br>111 Sewall Street<br>State House Station #6<br>Augusta, MA 04333 | Katherine Winfree<br>200 Saint Paul Place, 20th FL<br>Baltimore, MD 21201 | Amber Anderson Villa<br>One Ashburton Place<br>18th Floor<br>Boston, MA 02108 |

| | | |
|---|---|---|
| Bridgette Williams Wiggins<br>550 High Street, Suite 1100<br>Jackson, MS 39201 | James Patrick Molloy<br>215 N. Sanders<br>Helena, MT 59601 | Abigail Marie Stempson<br>2115 State Capitol<br>Lincoln, NE 68509-8920 |
| Charles W. Howle<br>100 North Carson Street<br>Carson City, NV 89701 | Michael A. Delaney<br>33 Capitol Street<br>Concord, NH 03301 | Lorraine Karen Rak<br>124 Halsey Street, 5th FL<br>Newark, NJ 07102 |
| Jeffrey Kenneth Powell<br>120 Broadway, 3rd FL<br>New York, NY 10271-0332 | Philip A. Lehman<br>P.O. Box 629<br>Raleigh, NC 27602 | Parrell D. Grossman<br>1050 E. Intersate Avenue<br>Suite 300<br>Bismarck, ND 58503-5574 |
| Matthew J. Lampke<br>Susan Ann Choe<br>30 East Broad Street, 26th FL<br>Columbus, OH 43215 | Simon Chongmin Whang<br>1515 SW 5th Avenue,<br>Suite 410<br>Portland, OR 97201 | Gerald J. Coyne<br>150 South Main Street<br>Providence, RI 02903 |
| Alan McCrory Wilson<br>1000 Aassembly Street<br>Room 519<br>Columbia, SC 29201 | Marty Jacob Jackley<br>1302 E. Highway 14, Suite 1<br>Pierre, SD 57501 | James Amador Daross<br>401 E. Franklin Avenue<br>Suite 530<br>El Paso, TX 79901 |
| Mark L. Shurtleff<br>160 East 300 South, 5th FL<br>P.O. Box 140872<br>Salt Lake City, UT 8411-0872 | Elliot Burg<br>109 State Street<br>Montpelier, VT 05609 | David B. Irvin<br>900 East Main Street<br>Richmond, VA 23219 |
| David W. Huey<br>P. O. Box 2317<br>1250 Pacific Avenue<br>Tacoma, WA 98332-2317 | Robert M. McKenna<br>1125 Washington Street, SE<br>Olympia, WA 98504-0100 | The State of West Virginia<br>State Capitol, Room 26E<br>Charleston, WV 25305-0220 |
| Holly C Pomraning<br>17 West Main Street<br>Madison, WI 53707 | Gregory Alan Phillips<br>123 State Capitol Building<br>Cheyenne, WY 82002 | Bennett C. Rushkoff<br>441 4th Street, NW<br>Suite 600-S<br>Washington, DC 20001 |