AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA, et al. )<br>*Plaintiff* )<br>v. )<br>BANK OF AMERICA CORP. et al. )<br>*Defendant* ) | Case No.   12 0361 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff STATE OF ARIZONA

Date:   04/23/2012

/s/ Carolyn R. Matthews
*Attorney's signature*

CAROLYN R. MATTHEWS, SBN 013953
*Printed name and bar number*

OFFICE OF THE ATTORNEY GENERAL
1275 W. WASHINGTON STREET
PHOENIX, AZ 85007

*Address*

CAROLYN.MATTHEWS@AZAG.GOV
*E-mail address*

(602) 542-7731
*Telephone number*

(602) 542-4377
*FAX number*