AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., *Plaintiff* v. BANK OF AMERICA CORP. et al., *Defendant* | Case No. 1:12-cv-00361-RMC |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Darrell V. McGraw., Jr., Attorney General for the State of West Virginia

Date:   04/23/2012

*Attorney's signature*

JILL L. MILES, WV 4671
*Printed name and bar number*

State of West Virginia Office of the Attorney General
Consumer Protection Antitrust Divisions
Post Office Box 1789
Charleston, West Virginia 25326-1789
*Address*

jlm@wvago.gov
*E-mail address*

(304) 558-8986
*Telephone number*

(304) 558-0184
*FAX number*