AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| <u>UNITED STATES OF AMERICA, et al.</u> | ) |
| *Plaintiff* | ) |
| v. | ) Case No.   1:12-cv-00361-RMC |
| <u>BANK OF AMERICA CORP., et al.</u> | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

<u>The State of Minnesota</u>

Date:     <u>04/24/2012</u>

<u>/s/ Nathan Brennaman</u>
*Attorney's signature*

<u>Nathan A. Brennaman (MN Atty. No. 0331776)</u>
*Printed name and bar number*

Minnesota Attorney General's Office
1200 Bremer Tower
445 Minnesota Street
St. Paul, MN 55101-2130
*Address*

<u>nate.brennaman@ag.state.mn.us</u>
*E-mail address*

<u>(651) 757-1415</u>
*Telephone number*

<u>(651) 296-7438</u>
*FAX number*