IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BANK OF AMERICA CORP., *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 12-00361 |

## NOTICE OF APPEARANCE

Defendants Bank of America Corp. and Bank of America, N.A. (collectively, "Bank of America") file this Notice of Appearance notifying the Court and counsel that Jennifer M. O'Connor and Carl J. Nichols, of the law firm Wilmer Cutler Pickering Hale and Dorr LLP, will serve as counsel in this matter on behalf of Bank of America.

Dated: April 25, 2012

Respectfully submitted,

/s/

Jennifer M. O'Connor, Esq. (DC Bar No. 460352)
Carl J. Nichols, Esq. (DC Bar No. 466889)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Jennifer.OConnor@WilmerHale.com
Carl.Nichols@WilmerHale.com
*Attorneys for Defendants Bank of America Corp.
and Bank of America, N.A.*