UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al. | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| VS. | )  CASE NO.: 1:12-CV-361-RMC<br>) |
| BANK OF AMERICA CORPORATION, et al. | )<br>)<br>) |
| Defendants. | ) |

## APPEARANCE OF COUNSEL

TO:  The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the Plaintiff State of Alabama.


DATE:  April 26, 2012          /s/  LUTHER STRANGE
                               LUTHER STRANGE
                               State of Alabama Attorney General
                               OFFICE OF THE ATTORNEY GENERAL
                               501 Washington Avenue
                               Montgomery, AL  36130
                               (334) 242-7447
                               (334) 242-4891 (fax)
                               smclure@ago.state.al.us


DATE:  April 26, 2012          /s/  J. MATT BLEDSOE
                               J. MATT BLEDSOE
                               Assistant Attorney General
                               OFFICE OF THE ATTORNEY GENERAL
                               501 Washington Avenue
                               Montgomery, AL  36130
                               (334) 242-7443
                               (334) 242-2433 (fax)
                               consumerfax@ago.state.al.us