AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:12-cv-00361-RMC |
| Bank of America Corporation, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

J.P. Morgan Chase & Company and JPMorgan Chase Bank, N.A.

Date:   05/02/2012

/s/ Timothy K. Beeken
*Attorney's signature*

Timothy K. Beeken, N.Y. Bar No. 2492650
*Printed name and bar number*

Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
*Address*

tkbeeken@debevoise.com
*E-mail address*

(212) 909-6000
*Telephone number*

(212) 909-6836
*FAX number*