AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States<br>*Plaintiff*<br>v.<br>Bank of America<br>*Defendant* | )<br>)<br>)  Case No.   1:12-CV-00361-RMC<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Residential Capital, LLC, Ally Financial, Inc., GMAC Mortgage, LLC and GMAC Residential Funding Co., L

Date:   05/07/2012

*Attorney's signature*

Robert R. Maddox, D.C. Bar #497495
*Printed name and bar number*

One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203

*Address*

rmaddox@babc.com
*E-mail address*

(205) 521-8454
*Telephone number*

(202) 488-6454
*FAX number*