AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al. | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Case No.   12 0361 |
| Bank of America Corp., et al. | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Wells Fargo & Company and Wells Fargo Bank, N.A.; and Citigroup, Inc.

Date: 05/02/2012

*Attorney's signature*

Michael J. Missal, DC Bar 367125
*Printed name and bar number*

K&L Gates LLP
1601 K Street, N.W.
Washington, DC 20006
*Address*

michael.missal@klgates.com
*E-mail address*

(202) 778-9302
*Telephone number*

(202) 778-9100
*FAX number*