AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:12-cv-00361-RMC |
| BANK OF AMERICA CORPORATION et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commonwealth of Kentucky

Date:   09/04/2012

/s/ John W. Conway
*Attorney's signature*

John William Conway   85885
*Printed name and bar number*

700 Capital Avenue
Suite 118
Frankfort, Kentucky  40601
*Address*

susan.britton@ag.ky.gov
*E-mail address*

(502) 696-5643
*Telephone number*

(502) 564-8310
*FAX number*