**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA, *et al.*,

Plaintiffs,

v.

BANK OF AMERICA CORP., *et al.*,

Defendants,

Civil Action No. 1:12-cv-000361 (RMC)

**NOTICE OF APPEARANCE**

Defendants Countrywide Home Loans, Inc., Countrywide Financial Corporation, and Countrywide Mortgage Ventures, LLC (collectively, "Countrywide") file this Notice of Appearance notifying the court and counsel that Thomas M. Hefferon, of the law firm Goodwin Procter LLP, will serve as counsel in the matter on behalf of Countrywide.

Dated: September 12, 2012

Respectfully submitted,

/s/Thomas M. Hefferon
Thomas M. Hefferon, Esq. (Bar No. 461750)
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington , DC 20001-4432
Telephone: (202) 346-4029
Facsimile: (202) 346-4444
Email: thefferon@goodwinprocter.com

*Attorney for Defendants Countrywide Home Loans, Inc., Countrywide Financial Corporation, and Countrywide Mortgage Ventures, LLC*

**CERTIFICATE OF SERVICE**

I, Thomas M. Hefferon , hereby certify that the foregoing document, filed through the Court's CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, via first-class mail, postage prepaid, on September 12, 2012.

/s/ Thomas M. Hefferon
Thomas M. Hefferon