**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 12-00361 |
| | ) | |
| BANK OF AMERICA CORP., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

Defendants Countrywide Bank, FSB, and BAC Home Loans Servicing, LP,  through

Bank of America, N.A. ("BANA"), their successor-in-interest by (i) an April 27, 2009 de jure

merger of Countrywide Bank, FSB into BANA, and (ii) a July 1, 2011 de jure merger of BAC

Home Loans Servicing, L.P. into BANA, file this Notice of Appearance notifying the Court and

counsel that Jennifer O'Connor and Carl Nichols, of the law firm Wilmer Cutler Pickering Hale

and Dorr LLP, will serve as counsel in this matter on behalf of Countrywide Bank, FSB and

BAC Home Loans Servicing, LP.

Dated:  September 13, 2012

Respectfully submitted,

 /s/      Jennifer M. O'Connor
Jennifer O'Connor, Esq. (DC Bar No. 460352)
Carl Nichols, Esq. (DC Bar No. 466889)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363
Jennifer.OConnor@WilmerHale.com
Carl.Nichols@WilmerHale.com
*Attorneys for Bank of America, N.A., Bank of America*
*Corp., Countrywide Bank, FSB and BAC Home Loans*
*Servicing, LP*