AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | ) | |
| Plaintiff | ) | |
| v. | ) | Case No.  2012-0361 |
| BANK OF AMERICA CORP. et al. | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

THE STATE OF MISSOURI

Date: 08/29/2012

*Attorney's signature*

Ryan S. Asbridge, MO Bar 61440
*Printed name and bar number*

Supreme Court Building
Post Office Box 899
Jefferson City, MO 65102
*Address*

ryan.asbridge@ago.mo.gov
*E-mail address*

(573) 751-7677
*Telephone number*

(573) 751-2041
*FAX number*