AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America, et. al. <br> *Plaintiff* <br> v. <br> Bank of America Corp., et. al. <br> *Defendant* | ) ) ) ) ) ) Case No. 1:12-vc-00361 |

### APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Michigan Department of Attorney General

Date: 09/28/2012

*Attorney's signature*

D.J. Pascoe, Michigan P54041
*Printed name and bar number*

Michigan Department of Attorney General
Corporate Oversight Division
525 W. Ottawa, 6th Floor
Lansing, MI, 48933
*Address*

pascoed1@michigan.gov
*E-mail address*

(517) 373-1160
*Telephone number*

(517) 335-6755
*FAX number*