AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America, et al.<br>*Plaintiff*<br>v.<br>Bank of America Corp., et al.<br>*Defendant* | )<br>)<br>)  Case No.  1:12-vc-00361<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

New Mexico Office of the Attorney General.

Date: 10/03/2012

*Attorney's signature*

Rebecca C. Branch, NM Bar # 8150
*Printed name and bar number*

New Mexico Office of the Attorney General
Consumer Protection Division
111 Lomas Blvd NW, Suite 300
Albuquerque, NM 87102
*Address*

rbranch@nmag.gov
*E-mail address*

(505) 222-9100
*Telephone number*

(505) 222-9033
*FAX number*