**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**BANK OF AMERICA CORP., et al.,**<br><br>Defendants. | **Case No. 1:12-cv-00361-RMC** |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Michael J. Missal, am a member in good standing of the bar of this Court. I hereby move that Amy Pritchard Williams be permitted to represent Wells Fargo Bank N.A. in the above captioned action for all matters related to this case, in addition to counsel of record who have already appeared for Wells Fargo Bank N.A. A Declaration of Amy Pritchard Williams in support of this motion is appended hereto and incorporated by reference.

This the 31st day of October, 2012.

/s/ Michael J. Missal
Michael J. Missal
D.C. Bar No. 367125
K&L Gates LLP
1601 K Street NW
Washington, DC  20006-1600
Telephone:  (202) 778-9000
Facsimile:   (202) 778-9100
E-mail:  michael.missal@klgates.com

## DECLARATION OF AMY PRITCHARD WILLIAMS

I, Amy Pritchard Williams, hereby declare and state:

1. I am an attorney admitted to practice before the state courts of North Carolina, the United States District Court for Eastern District of North Carolina, United States District Court for the Western District of North Carolina, United States District Court for the Middle District of North Carolina and the United States Court of Appeals for the 4th Circuit.

2. I am a partner with the law firm of K & L Gates LLP, 214 North Tryon Street, Charlotte, North Carolina 28202.

3. I have never been admitted *pro hac vice* in this Court.

4. I have never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5. I am familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the local Rules of this court, and understand that I shall be subject to the disciplinary jurisdiction of this Court.

6. I understand that admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

I declare under the penalties of perjury that the foregoing statements are true and correct.

Amy Pritchard Williams

Dated: October 30, 2012

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that, on the 31st day of October 2012, the foregoing ***Motion for Admission to Practice Pro Hac Vice*** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

John M. Abel
Pennsylvania Office of Attorney General
Bureau of Consumer Protection
Strawberry Square
15th Floor
Harrisburg, PA 17120
(717) 783-1439
jabel@attorneygeneral.gov
*Attorney for Plaintiff Commonwealth of Pennsylvania*

Ryan Scott Asbridge
Office of the Missouri Attorney General
P.O. Box 899
Jefferson City, MO 65102
(573) 751-7677
ryan.asbridge@ago.mo.gov
*Attorney for Plaintiff State of Missouri*

Timothy K. Beeken
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
(202) 909-6000
212-909-6836 (fax)
tkbeeken@debevoise.com
*Attorney for Defendants J.P. Morgan Chase & Co., JPMorgan Chase Bank, N.A.*

J. Matt Bledsoe
Office of Attorney General
501 Washington Avenue
Montgomery, AL 36130
(334) 242-7443
(334) 242-2433 (fax)
consumerfax@ago.state.al.us
*Attorney for Plaintiff State of Alabama*

Rebecca Claire Branch
Office of the New Mexico Attorney General
111 Lomas Boulevard, NW
Suite 300
Albuquerque, NM 87102
(505) 222-9100
rbranch@nmag.gov
*Attorney for Plaintiff State of New Mexico*

Nathan Allan Brennaman
Minnesota Attorney General's Office
445 Minnesota Street
Suite 1200
St. Paul, MN 55101-2130
(615) 757-1415
nate.brennaman@ag.mn.us
*Attorney for Plaintiff State of Minnesota*

Matthew J. Budzik
Office of the Connecticut Attorney General
Finance Department
P. O. Box 120
55 Elm Street
Hartford, CT 06141
(860) 808-5049
matthew.budzik@ct.gov
*Attorney for Plaintiff State of Connecticut*

Elliot Burg
Vermont Office of the Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-2153
*Attorney for Plaintiff State of Vermont*

Victoria Ann Butler
Office of the Attorney General, State of Florida
3507 East Frontage Road
Suite 325
Tampa, FL 33607
(813) 287-7950
Victoria.Butler@myfloridalegal.com
*Attorney for Plaintiff State of Florida*

Nicholas George Campins
California Department of Justice
Public Rights Division/Consumer Law Sec.
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102
(415) 703-5733
Nicholas.Campins@doj.ca.gov
*Attorney for Plaintiff State of California*

Susan Ann Choe
Ohio Attorney General
150 E Gay Street
23rd Floor
Columbus, OH 43215
(614) 466-1181
susan.choe@ohioattorneygeneral.gov
*Attorney for Plaintiff State of Ohio*

John William Conway
Kentucky Attorney General
700 Capital Avenue
State Capitol, Suite 118
Frankfort, KY 40601
(502) 696-5300
susan.britton@ag.ky.gov
*Attorney for Plaintiff Commonwealth of Kentucky*

Robert Elbert Cooper
Office of the Tennessee Attorney General
425 5th Avenue North
Nashville, TN 37243-3400
(615) 741-6474
bob.cooper@ag.tn.gov
*Attorney for Plaintiff State of Tennessee*

Gerald J. Coyne
Office of the Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 ext. 2257
gcoyne@riag.ri.gov
*Attorney for Plaintiff State of Rhode Island*

James Amador Daross
Office of the Attorney General of Texas
401 E. Franklin Avenue
Suite 530
El Paso, TX 79901
(915) 834-5801
james.daross@oag.state.tx.us
*Attorney for Plaintiff State of Texas*

Brett Talmage DeLange
Office of the Idaho Attorney General
Consumer Protection Division
700 W. Jefferson Street
Boise, ID 83720
(208) 334-4114
bdelange@ag.state.id.us
*Attorney for Plaintiff State of Idaho*

James Bryant DePriest
Arkansas Attorney General
Public Protection Department
323 Center
Suite 200
Little Rock, AR 72201
(501) 682-5028
jim.depriest@arkansasag.gov
*Attorney for Plaintiff State of Arkansas*

Michael A. Delaney
New Hampshire Attorney General's Office
33 Capitol Street
Concord, NH 03301
(603) 271-1202
*Attorney for Plaintiff State of New Hampshire*

Benjamin G. Diehl
California Department of Justice
Public Rights Division/Consumer Law Sec.
300 South Spring Street
Suite 1702
Los Angeles, CA 90013
(213) 897-5548
Benjamin.Diehl@doj.ca.gov
*Attorney for Plaintiff State of California*

Cynthia Clapp Drinkwater
Alaska Attorney General's Office
1031 W. 4th Avenue
Suite 300
Anchorage, AK 99501
(907) 269-5200
*Attorney for Plaintiff State of Alaska*

Parrell D. Grossman
Office of the Attorney General
Consumer Protection and Antitrust Division
Gateway Professional Center
1050 E. Interstate Avenue, Suite 300
Bismarck, ND 58503-5574
(701) 328-3404
pgrossman@nd.gov
*Attorney for Plaintiff State of North Dakota*

Frances Train Grunder
California Department of Justice
Public Rights Division/Consumer Law Sec.
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102
(415) 703-5723
Frances.Grunder@doj.ca.gov
*Attorney for Plaintiff State of California*

Deborah Anne Hagan
Illinois Attorney General's Office
Division of Consumer Protection
500 South Second Street
Springfield, IL 62706
(217) 782-9021
dhagan@atg.state.il.us
*Attorney for Plaintiff State of Illinois*

Thomas M. Hefferon
Goodwin Procter LLP
901 New York Avenue
Washington, DC 20001
(202) 346-4000
(202) 346-4444 (fax)
thefferon@goodwinprocter.com
*Attorney for Defendants Countrywide Fin. Corp., Countrywide Home Loans, Inc., Countrywide Mortg. Ventures, LLC*

Charles W. Howle
Office of the Attorney General
100 North Carson Street
Carson City, NV 89701
(775) 684-1227
(775) 684-1108 (fax)
whowle@ag.nv.gov
*Attorney for Plaintiff State of Nevada*

David W. Huey
Washington State Office of the Attorney General
Consumer Protection Division
P. O. Box 2317
1250 Pacific Avenue
Tacoma, WA 98332-2317
(253) 593-5057
davidh3@atg.wa.gov
*Attorney for Plaintiff State of Washington*

David B. Irvin
Office of the Virginia Attorney General
Antitrust and Consumer Litigation Section
900 East Main Street
Richmond, VA 23219
(804) 786-4047
dirvin@oag.state.va.us
*Attorney for Plaintiff Commonwealth of Virginia*

Marty Jacob Jackley
Office of the Attorney General
1302 E. Highway 14
Suite 1
Pierre, SD 57501
(605) 773-4819
marty.jackley@state.sd.us
*Attorney for Plaintiff State of South Dakota*

Abigail L. Kuzman
Office of the Indiana Attorney General
Consumer Protection Division
302 West Washington Street
5th Floor
Indianapolis, IN 46204
(317) 234-6843
*Attorney for Plaintiff State of Indiana*

Matthew James Lampke
Ohio Attorney General
Mortgage Foreclosure Unit
30 East Broad Street
26th Floor
Columbus, OH 43215
(614) 466-8569
matthew.lampke@ohioattorneygeneral.gov
*Attorney for Plaintiff State of Ohio*

Philip A. Lehman
Attorney General State of North Carolina
P.O. Box 629
Raleigh, NC 27602
(919) 716-6050
*Attorney for Plaintiff State of North Carolina*

David Mark Louie
State of Hawaii Department of the Attorney General
425 Queen Street
Honolulu, HI 96813
(808) 586-1282
david.m.louie@hawaii.gov
*Attorney for Plaintiff State of Hawaii*

Robert R. Maddox
Bradley, Avant, Boult, Cummings LLP
1819 5th Avenue N
Birmingham, AL 35203
(205) 521-8000
rmaddox@babc.com
*Attorney for Defendants Ally Fin., Inc., GMAC Mortg., LLC, GMAC Residential Funding Co., LLC., Residential Capital, LLC.*

Carolyn Ratti Matthews
Arizona Attorney General
1275 West Washington
Phoenix, AZ 85007
(602) 542-7731
Carolyn.Matthews@azag.gov
*Attorney for Plaintiff State of Arizona*

Andrew Patrick McCallin
Colorado Attorney General's Office
Consumer Protection Section
1525 Sherman Street
7th Floor
Denver, CO 80203
(303) 866-5134
*Attorney for Plaintiff State of Colorado*

Ian Robert McConnel
Delaware Department of Justice
Fraud Division
820 North French Street
Wilmington, DE 19801
(302) 577-8533
ian.mcconnel@state.de.us
*Attorney for Plaintiff State of Delaware*

Robert M. McKenna
Washington State Office of the Attorney General
1125 Washington Street, SE
Olympia, WA 98504-0100
(360) 753-6200
Rob.McKenna@atg.wa.gov
*Attorney for Plaintiff State of Washington*

Jill L. Miles
West Virginia Attorney General's Office
Consumer Protection Division
1900 Kanawha Boulevard East
Capitol Complex, Building 1, Room 26E
Charleston, WV 25305
(304) 558-8986
JLM@WVAGO.GOV
*Attorney for Plaintiff State of West Virginia*

Thomas J. Miller
Iowa Department of Justice
Administrative Services
Hoover State Office Building
1305 East Walnut Street
Des Moines, IA 50319
(515) 281-8373
*Attorney for Plaintiff State of Iowa*

Michael Joseph Missal
K & L Gates LLP
1601 K Street, NW
Washington, DC 20006
(202) 778-9302
202-778-9100 (fax)
michael.missal@klgates.com
*Attorney for Defendants Citigroup, Inc., Wells Fargo & Co., Wells Fargo Bank, N.A.*

James Patrick Molloy
Montana Attorney General Office
215 N. Sanders
Helena, MT 59601
(406) 444-2026
*Attorney for Plaintiff State of Montana*

Keith V. Morgan
U.S. Attorney's Office
Judiciary Center Building
555 Fourth Street, NW
Washington, DC 20530
(202) 514-7228
(202) 514-8780 (fax)
keith.morgan@usdoj.gov
*Attorney for Plaintiff United States of America*

Jennifer M. O'Connor
Wilmer, Cutler, Pickering, Hale & Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6110
(202) 663-6363 (fax)
jennifer.o'connor@wilmerhale.com
*Attorney for Defendants Bank of America Corp., Bank of America, N.A., BAC Home Loans Serv. LP, Countrywide Bank, FSB*

D. J. Pascoe
Michigan Department of Attorney General
Corporate Oversight Division
525 W. Ottawa
G. Mennen Williams Building, 6th Floor
Lansing, MI 48909
(517) 373-1160
*Attorney for Plaintiff State of Michigan*

Gregory Alan Phillips
Wyoming Attorney General's Office
123 State Capitol Building
Cheyenne, WY 82002
(307) 777-7841
greg.phillips@wyo.gov
*Attorney for Plaintiff State of Wyoming*

Sanettria Glasper Pleasant
Department of Justice for Louisiana
1885 North Third Street
4th Floor
Baton Rouge, LA 70802
(225) 326-6452
PleasantS@ag.state.la.us
*Attorney for Plaintiff State of Louisiana*

Holly C. Pomraning
State of Wisconsin Department of Justice
17 West Main Street
Madison, WI 53707
(608) 266-5410
pomraninghc@doj.state.wi.us
*Attorney for Plaintiff State of Wisconsin*

Jeffrey Kenneth Powell
Office of the New York Attorney General
120 Broadway
3rd Floor
New York, NY 10271-0332
(212) 416-8309
jeffrey.powell@ag.ny.gov
*Attorney for Plaintiff State of New York*

Lorraine Karen Rak
State of New Jersey Office of the Attorney General
124 Halsey Street
5th Floor
Newark, NJ 07102
(973) 877-1280
Lorraine.Rak@dol.lps.state.nj.us
*Attorney for Plaintiff State of New Jersey*

Bennett C. Rushkoff
Office of the Attorney General
Public Advocacy Section
441 4th Street, NW
Suite 600-S
Washington, DC 20001
(202) 727-5173
(202) 727-6546 (fax)
bennett.rushkoff@dc.gov
*Attorney for Plaintiff District of Columbia*

William Joseph Schneider
Attorney General's Office
111 Sewall Street
State House Station #6
Augusta, MA 04333
(207) 626-8800
william.j.schneider@maine.gov
*Attorney for Plaintiff State of Maine*

Mark L. Shurtleff
160 East 300 South, 5th Floor
P.O. Box 140872
Salt Lake City, UT 8411-0872
(801) 366-0358
mshurtleff@utah.gov
*Attorney for Plaintiff State of Utah*

Abigail Marie Stempson
Office of the Nebraska Attorney General
Consumer Protection Division
2115 State Capitol
Lincoln, NE 68509-8920
(402) 471-2811
*Attorney for Plaintiff State of Nebraska*

Meghan Elizabeth Stoppel
Office of the Kansas Attorney General
120 SW 10th Avenue
2nd Floor
Topeka, KS 66612
(785) 296-3751
*Attorney for Plaintiff State of Kansas*

Jeffrey W. Stump
Georgia Department of Law
Regulated Industries
40 Capitol Square, SW
Atlanta, GA 30334
(404) 656-3337
*Attorney for Plaintiff State of Georgia*

Michael Anthony Troncoso
California Attorney General's Office
455 Golden Gate Avenue
Suite 14500
San Francisco, CA 94102
(415) 703-1008
*Attorney for Plaintiff State of California*

Amber Anderson Villa
Massachusetts Office of the Attorney General
Consumer Protection Division
One Ashburton Place
18th Floor
Boston, MA 02108
(617) 963-2452
amber.villa@state.ma.us
*Attorney for Plaintiff Commonwealth of Massachusetts*

Simon Chongmin Whang
Oregon Department of Justice
Financial Fraud/Consumer Protection
1515 SW 5th Avenue
Suite 410
Portland, OR 97201
(971) 673-1880
simon.c.whang@doj.state.or.us
*Attorney for Plaintiff State of Oregon*

Bridgette Williams Wiggins
Mississippi Attorney General's Office
550 High Street
Suite 1100
Jackson, MS 39201
(601) 359-4279
bwill@ago.state.ms.us
*Attorney for Plaintiff State of Mississippi*
Alan McCrory Wilson
Office of the South Carolina Attorney General
1000 Assembly Street
Room 519
Columbia, SC 29201
(803) 734-3970
*Attorney for Plaintiff State of South Carolina*

Katherine Winfree
Office of the Attorney General of Maryland
200 Saint Paul Place
20th Floor
Baltimore, MD 21201
(410) 576-7051
*Attorney for Plaintiff State of Maryland*

/s/Michael J. Missal
Michael J. Missal

CH-3138515 v1