IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA, et al.,**<br><br>        Plaintiffs,<br><br>**v.**<br><br>**BANK OF AMERICA CORP., et al.,**<br><br>        Defendants. | Case No. 1:12-cv-00361-RMC |

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Douglas W. Baruch (DC Bar No. 414354) as counsel for defendant Wells Fargo Bank, N.A. in the above-captioned action.


Dated:  November 1, 2012

Respectfully submitted,

By  */s/ Douglas W. Baruch*
Douglas W. Baruch (DC Bar No. 414354)
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
801 17th Street NW
Washington, DC 20006-1600
Telephone: (202) 639-7000
Facsimile: (202) 639-7003
Douglas.Baruch@friedfrank.com

*Attorney for Wells Fargo Bank, N.A.*