IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**BANK OF AMERICA CORP., et al.,**<br><br>Defendants. | Case No. 1:12-cv-00361-RMC |

DECLARATION OF DOUGLAS W. BARUCH
IN SUPPORT OF WELLS FARGO BANK, N.A.'S
MOTION TO ENFORCE THE CONSENT JUDGMENT

DOUGLAS W. BARUCH declares pursuant to 28 U.S.C. § 1746 that:

1. I am a member of the Bar of this Court and am a partner in Fried, Frank, Harris, Shriver & Jacobson LLP, attorneys for Wells Fargo Bank, N.A. ("Wells Fargo").

2. I submit this declaration in support of Wells Fargo's Motion to Enforce the Consent Judgment.

3. Attached as Exhibit 1 is a true and correct copy of the Federal Release between the United States and Wells Fargo, entered in *United States v. Bank of America Corp.*, No. 1:12-cv-00361-RMC (D.D.C. Apr. 4, 2012), ECF No. 14-1, Exhibit F.

4. Attached as Exhibit 2 is a true and correct copy of the Complaint of the United States of America filed in *United States v. Wells Fargo Bank, N.A.*, No. 12-civ-7527 (JMF) (S.D.N.Y. Oct. 9, 2012), ECF No. 1.

5. Attached as Exhibit 3 is a true and correct copy of the sample Annual Certification attached to U.S. Dep't of Hous. & Urban Dev., Mortgagee Letter 2009-25 (Aug. 24, 2009).

6. Attached as Exhibit 4 is a true and correct copy of excerpts from the U.S. Dep't of Hous. & Urban Dev., FHA Title II Mortgagee Approval Handbook, Directive No. 4060.1, REV-2 (Aug. 14, 2006).

7. Attached as Exhibit 5 is a true and correct copy of Form HUD-92900-A, HUD/VA Addendum to Uniform Residential Loan Application (Sept. 2010).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Washington, D.C.
       November 1, 2012

_____
Douglas W. Baruch