# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA, et al.,** | |
| Plaintiffs**,** | |
| v. | Case No. 1:12-cv-00361-RMC |
| **BANK OF AMERICA CORP., et al.,** | **DECLARATION OF DOUGLAS W. BARUCH IN SUPPORT OF WELLS FARGO BANK N.A.'S MOTION TO ENFORCE CONSENT JUDGMENT** |
| Defendants**.** | |

# EXHIBIT 3

Annual Certification is due and the user is a corporate office with annual certification rights.

| | |
|---|---|
| Total Number Active FHA Branches | |
| Total Number Terminated FHA Branches | |
| Total Active Loan Correspondent Relationships | |
| Mortgagee Type | |
| Fiscal Year Ends on last day of | |
| Approval Date | |
| Last recertified for fiscal year | |
| Last Payment Received on | |
| Fee received for period (Annual Renewal fees are required in advance for the upcoming year) | |

| | Annual Renewal Requirement | Due Date | Status | Notes |
|---|---|---|---|---|
| | Annual Certification | 03/31 | Annual Certification Due | Please click on the "Annual Certification" link to complete and submit the Annual Certification electronically. Click here if you experience problems submitting the electronic form. |
| | Annual Renewal Fee | 03/31 | Payment Due | Annual Certification must be completed before a payment may be submitted. Fee is based upon the number of active FHA-approved branches. Click here for more information. |
| | Submission of Audited Financial Statement and Calculated Net Worth | 03/31 | Statement Due | Annual Certification must be completed before financial statements may be submitted. |
| Payment History | | | Show Branches | Show Sponsors |

The Annual Certification screen – ready for data entry.

[Annual Certification screen showing fields: Institution Name, Institution ID, Insurance Type, Doing Business As, Mortgagee Type, Institution Type, Tax ID, Title II ID, GNMA ID, Fiscal Year End, Approval Date, Phone Number, Fax, Email, Geographical Address — all values blurred. Note at bottom: "If any of the above information is incorrect, go to the **Home Office Detail** screen and make correction before proceeding with certification."]

Screen continues on next page………

….continuation of the screen from the previous page:

I certify that I know, or am in the position to know, whether the operations of the above-named lender conform to HUD-FHA regulations, handbooks, Mortgagee Letters, Title I Letters, and policies; and that I am authorized to execute this report on behalf of the lender.

I certify that the lender complied with and agrees to continue to comply with HUD-FHA regulations, handbooks, Mortgagee Letters, Title I Letters, policies, and terms of any agreements entered into with the Department.

I certify that to the best of my knowledge, the above-named lender conforms to all HUD-FHA regulations necessary to maintain its HUD-FHA approval, and that the above-named lender is fully responsible for all actions of its principals, owners, officers, directors, managers, supervisors, loan processors, loan underwriters, loan originators and all other employees conducting FHA business for the above-named lender in all of its offices where it performs any functions of an FHA-approved lender.

I certify that neither the above-named lender nor any of its aforementioned personnel are currently involved in, or have been involved in, a proceeding and/or investigation that could result or has resulted in a criminal conviction, debarment, limited denial of participation, suspension, civil money penalty or other adverse action by a federal, state, or local government.

I certify that the above-named lender has neither been refused a license nor relinquished a license in any jurisdiction in which it originates and/or services FHA-insured mortgages.

Each of my certifications is true and accurate to the best of my knowledge and belief. I understand that if I knowingly have made any false, fictitious, or fraudulent statement(s), representation, or certification on this form, I may be subject to administrative, civil and/or criminal penalties; including debarment, fines, and imprisonment under applicable federal law.

**To certify, fill out all the fields in this section and press the Certify button.**

| | |
|---|---|
| **Date** | 08/13/2009 |
| **Title** | Select….. |
| **Name** | First [ ]   Last [ ] |
| **Social Security Number** | [ ] - [ ] - [ ] |
| **Telephone** | ( [ ] ) [ ] - [ ] |
| **Email** | [ ] @ [ ] |

[ Certify ]   [ Unable to Certify ]

**Privacy Act Statement:** HUD is authorized to collect this information by Executive Order 9397. The Housing & Community Development Act of 1987, 42 U.S.C. 3543 authorizes the mandatory collection of the Social Security Number (SSN). HUD will use the information collected to determine the eligibility of program participants to participate or continue to participate in the HUD's programs. The names and SSN's are used to obtain positive identification of the officers and directors who have the authority to obligate the Lender. You must provide all of the information requested, including the SSN's of appropriate officers and directors.

The same screen showing the content of the Title drop-down selection box.

```
To certify, fill out all the fields in this section and press the Certify button.

Date                     08/27/2009

Title                    Select.....          ▼
                         ┌──────────────────┐
                         │ Select.....      │
Name                     │ President        │        Last [        ]
                         │ Vice President   │
Social Security Number   │ Chairman of the Board │
                         │ Chief Executive Officer │
Telephone                │ Chief Financial Officer │
                         │ Chief Operating Officer │
                         │ Director         │
Email                    │ Member           │
                         │ Owner            │
                         └──────────────────┘
                                              [ e to Certify ]
```

**Privacy Act Statement:** HUD is authorized to collect this information by Executive Order 9397. The Housing & Community Development Act of 1987, 42 U.S.C. 3543 authorizes the mandatory collection of the Social Security Number (SSN). HUD will use the information collected to determine the eligibility of program participants to participate or continue to participate in the HUD's programs. The names and SSN's are used to obtain positive identification of the officers and directors who have the authority to obligate the Lender. You must provide all of the information requested, including the SSN's of appropriate officers and directors. HUD may disclose this information to Federal, State and local agencies when relevant to civil, criminal, or regulatory investigations and prosecutions. It will not be otherwise disclosed or released outside of HUD, except as required and permitted by law. Failure to provide any of the required information may result in a delay or disapproval of participation in HUD's programs.

<u>No errors detected through the first round of checking (without database access).  User is asked to review and confirm entries before it is send to the server for further error checking and processing.</u>



Screen continues on the next page …

… continuation from the previous page

I certify that I know, or am in the position to know, whether the operations of the above-named lender conform to HUD-FHA regulations, handbooks, Mortgagee Letters, Title I Letters, and policies; and that I am authorized to execute this report on behalf of the lender.

I certify that the lender complied with and agrees to continue to comply with HUD-FHA regulations, handbooks, Mortgagee Letters, Title I Letters, policies, and terms of any agreements entered into with the Department.

I certify that to the best of my knowledge, the above-named lender conforms to all HUD-FHA regulations necessary to maintain its HUD-FHA approval, and that the above-named lender is fully responsible for all actions of its principals, owners, officers, directors, managers, supervisors, loan processors, loan underwriters, loan originators and all other employees conducting FHA business for the above-named lender in all of its offices where it performs any functions of an FHA-approved lender.

I certify that neither the above-named lender nor any of its aforementioned personnel are currently involved in, or have been involved in, a proceeding and/or investigation that could result or has resulted in a criminal conviction, debarment, limited denial of participation, suspension, civil money penalty or other adverse action by a federal, state, or local government.

I certify that the above-named lender has neither been refused a license nor relinquished a license in any jurisdiction in which it originates and/or services FHA-insured mortgages.

Each of my certifications is true and accurate to the best of my knowledge and belief. I understand that if I knowingly have made any false, fictitious, or fraudulent statement(s), representation, or certification on this form, I may be subject to administrative, civil and/or criminal penalties; including debarment, fines, and imprisonment under applicable federal law.

| Date | |
| --- | --- |
| Title | |
| Full Name | |
| Social Security Number | |
| Telephone | |
| Email | |

[ Confirm ]   [ Go Back ]

The Annual Certification Update Results - showing a successful update.

Successful Update:

**Annual Certification**

Other Functions

The Annual Certification was processed successfully.

You may now return to the **Institution Profile** screen to proceed with the Annual Renewal process.

The bottom part of the Institution Profile screen after the successful processing of the Annual Certification.

| Annual Renewal Requirement | Due Date | Status | Notes |
|---|---|---|---|
| Annual Certification | | **Annual Certification** received by HUD. | Click on the Annual Certification link to view Annual Certification submission history. |
| Annual Renewal Fee | 03/31 | Payment Due [Pay Now] | Fee is based upon the number of active FHA-approved branches. Click **here** for more information. |
| Submission of Audited Financial Statement and Calculated Net Worth | 03/31 | Statement Due **Lender Assessment System** | Please click the "Lender Assessment System" link to fill out the required forms. |

Annual Renewal History screen.

**Annual Renewal History**

Other Functions

| Fiscal Year End Date | Annual Certification Submission | | |
|---|---|---|---|
| | Date | Officer | ID |
| ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| ▓▓▓▓ | | | |
| ▓▓▓▓ | | | |
| ▓▓▓▓ | | | |
| ▓▓▓▓ | | | |

Number of records found: 5     For details click on the date link

History record of the submitted and accepted Annual Certification



Screen continues on the next page …..

… continuation from the previous page

I certify that I know, or am in the position to know, whether the operations of the above-named lender conform to HUD-FHA regulations, handbooks, Mortgagee Letters, Title I Letters, and policies; and that I am authorized to execute this report on behalf of the lender.

I certify that the lender complied with and agrees to continue to comply with HUD-FHA regulations, handbooks, Mortgagee Letters, Title I Letters, policies, and terms of any agreements entered into with the Department.

I certify that to the best of my knowledge, the above-named lender conforms to all HUD-FHA regulations necessary to maintain its HUD-FHA approval, and that the above-named lender is fully responsible for all actions of its principals, owners, officers, directors, managers, supervisors, loan processors, loan underwriters, loan originators and all other employees conducting FHA business for the above-named lender in all of its offices where it performs any functions of an FHA-approved lender.

I certify that neither the above-named lender nor any of its aforementioned personnel are currently involved in, or have been involved in, a proceeding and/or investigation that could result or has resulted in a criminal conviction, debarment, limited denial of participation, suspension, civil money penalty or other adverse action by a federal, state, or local government.

I certify that the above-named lender has neither been refused a license nor relinquished a license in any jurisdiction in which it originates and/or services FHA-insured mortgages.

Each of my certifications is true and accurate to the best of my knowledge and belief. I understand that if I knowingly have made any false, fictitious, or fraudulent statement(s), representation, or certification on this form, I may be subject to administrative, civil and/or criminal penalties; including debarment, fines, and imprisonment under applicable federal law.

| Date | |
| --- | --- |
| Title | |
| Full Name | |
| Social Security Number | |
| Telephone | |
| Email | |
| User ID | |

User who is unable to certify will be asked to fill out a form shown on the screen below.

**Annual Certification - Unable to Certify**

Other Functions

| | |
|---|---|
| Mortgagee / Lender ID | [redacted] |
| Mortgagee Name | [redacted] |
| Insurance Type | [redacted] |

Please provide your title, name, telephone number, and email address. In the "Explanation" section below, please provide reason(s) why you are unable to certify.

| | |
|---|---|
| Title | Select..... |
| Name | First [ ]   Last [ ] |
| Telephone | ( [ ] ) [ ] - [ ] |
| Email Address | [ ] @ [ ] |
| Explanation | |

[ Save ]   [ Go Back ]

The Annual Certification Update Results – showing a successful email submission.

**Annual Certification**

Other Functions

An email with your explanation has been sent to the Office of Lender Activities. Remittance of your fee and submission of your annual audited financial statements may be submitted once the explanation has been received, reviewed, and accepted.

Back to **Institution Profile**.

<u>The bottom part of the Institution Profile screen after the user returns from sending explanation why they were unable to certify.</u>

| Annual Renewal Requirement | Due Date | Status | Notes |
|---|---|---|---|
| Annual Certification | 03/31 | Annual Certification Due | The Office of Lender Activities must first evaluate the submitted explanation before the Annual Certification process can be completed. |
| Annual Renewal Fee | 03/31 | Payment Due $500.00 | Annual Certification must be completed before a payment can be submitted. Fee is based upon the number of active FHA-approved branches.<br>Click **here** for more information. |
| Submission of Audited Financial Statement and Calculated Net Worth | 03/31 | Statement Due | Annual Certification must be completed before financial statements can be submitted. |