**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA, et al.,** | |
| Plaintiffs**,** | |
| **v.** | **Case No. 1:12-cv-00361-RMC** |
| **BANK OF AMERICA CORP., et al.,** | **DECLARATION OF DOUGLAS W. BARUCH IN SUPPORT OF WELLS FARGO BANK N.A.'S MOTION TO ENFORCE CONSENT JUDGMENT** |
| Defendants**.** | |

**<u>EXHIBIT 4</u>**

4060.1 REV-2



### *FHA Title II Mortgagee Approval Handbook*

Directive Number: 4060.1, REV-2          August 14, 2006

# Table of Contents

CHAPTER 1.  OVERVIEW

**1-1**   Approval ...............................................................................................1-1
**1-2**   Types of Approved Mortgagees ..........................................................1-2
**1-3**   Renewal of FHA Approval ...................................................................1-3
**1-4**   HUD's Lender Web Page ......................................................................1-3
**1-5**   FHA Connection ...................................................................................1-3
**1-6**   HUDCLIPS...........................................................................................1-3
**1-7**   HUD Handbooks ...................................................................................1-4
**1-8**   Frequently Asked Questions ................................................................1-4
**1-9**   FHA Lender List on HUD's Web Site ..................................................1-4
**1-10**  Performance Requirements ..................................................................1-4
**1-11**  Reports and Examinations....................................................................1-4
**1-12**  Home Mortgage Disclosure Act of 1974 (HMDA) .............................1-4
**1-13**  Administrative Actions, Administrative Sanctions, and
        Civil Money Penalties.........................................................................1-4
**1-14**  Reporting Fraud, Illegal Acts, and Unethical Practices to HUD ....................1-5
**1-15**  Mortgagee's Address for Communication.............................................1-5
**1-16**  Contacting the Department ...................................................................1-5
**1-17**  OMB Approval of Information Collections ...........................................1-5


CHAPTER 2.  MORTGAGEE REQUIREMENTS FOR INITIAL AND CONTINUING APPROVAL

## Part A. Requirements for all Mortgagees

**2-1**   Introduction ........................................................................................2-1
**2-2**   Business Form......................................................................................2-1
**2-3**   State Licensing Requirements..............................................................2-2
**2-4**   Mortgagee Name .................................................................................2-3
**2-5**   Net Worth Requirements .....................................................................2-3
**2-6**   Liquid Assets........................................................................................2-5
**2-7**   Application Fees...................................................................................2-5
**2-8**   Operating Expenses .............................................................................2-6
**2-9**   Employees and Officers .......................................................................2-6
**2-10**  Ineligible Participants..........................................................................
**2-11**  Office Facilities ...................................................................................2-8
**2-12**  Staffing Requirements .........................................................................2-10
**2-13**  Outsourcing .........................................................................................2-10
**2-14**  Prohibited Branch Arrangement ..........................................................2-11
**2-15**  Communications Capability and Responsi**bility** .....................................2-12
**2-16**  Fair Housing and Other Federal La**ws**...................................................2-13
**2-17**  Misrepresentative Advertising..............................................................2-13
**2-18**  Loan Origination Requirement .............................................................2-14

4060.1 REV-2

**2-19**  Geographic Restrictions for Loan Origination and Underwriting ................ 2-14
**2-20**  Loan Servicing Responsibility ...................................................... 2-15
**2-21**  Escrow Funds.
**2-22**  Prohibited and Permissible Payments.............................................. 2-16
**2-23**  Quality Control ........................................................................ 2-17
**2-24**  Requirement to Notify HUD of Changes Subsequent to Approval ............. 2-17

**Part B.  Additional Requirements for Specific Mortgagee Types**
**2-25**  Introduction ........................................................................... 2-18
**2-26**  Supervised Mortgagees .............................................................. 2-18
**2-27**  Non-supervised Mortgagees ........................................................ 2-18
**2-28**  Supervised Loan Correspondents .................................................. 2-19
**2-29**  Non-supervised Loan Correspondents.............................................. 2-20
**2-30**  Investing Mortgagees ................................................................ 2-22
**2-31**  Governmental Institutions........................................................... 2-22

CHAPTER 3.  MORTGAGEE APPROVAL PACKAGE AND PROCEDURES

# Part A. Submission of Application

**3-1**     Introduction.............................................................................. 3-1
**3-2**     Required Documentation ............................................................. 3-1
**3-3**     Documentation for Specific Business Forms....................................... 3-7

**Part B. Processing of Application**
**3-4**     Introduction.............................................................................. 3-8
**3-5**     Requests for Additional Information ............................................... 3-8
**3-6**     Mortgagee Approval Processing .................................................... 3-8
**3-7**     Approval Notifications................................................................ 3-10
**3-8**     Disapproval.............................................................................. 3-10

Part C. Appeals of Disapproval

*3-9*     *INITIAL APPEAL*
**3-10**  Final Appeal  .......................................................................... 3-11

Part D. Newly Approved Mortgagees

**3-11**  Introduction.............................................................................. 3-12
3-12  **Immediately Upon Approval.** *......................................................... 3-12*
**3-13**  FHA Mortgage Insurance Premiums and Claims .................................. 3-12
**3-14**  Direct Endorsement (DE)............................................................. 3-12

CHAPTER 4.  ANNUAL RENEWAL OF FHA APPROVAL

**4-1**     Requirement for Annual Renewal ................................................... 4-1
**4-2**     Yearly Verification Report............................................................ 4-1
**4-3**     Annual Renewal Fees
**4-4**     Annual Submission of Audited Financial Statements ............................ 4-2
            A.     Required Reports by Type of Mortgagee For Electronic Submission...4-3
            B.     Types of Mortgagee for Which Submission are Not Required ...........4-6

4060.1 REV-2

C. Extensions............................................................4-6
**4-5** LASS Review Procedures.............................................4-6
A. Auditor's Report.............................................4-7
B. Annual Submission.........................................4-7
**4-6** Acceptance of LASS Submission ...............................4-11
**4-7** Deficient LASS Submission ......................................4-11
**4-8** Rejected LASS Submission ......................................4-12
**4-9** Termination of FHA Mortgagee Approval ...................4-12
**4-10** Requests for Information .........................................4-13

CHAPTER 5. BRANCH OFFICES, PRINCIPAL-AUTHORIZED AGENT RELATIONSHIPS AND ADDITIONAL SPONSORS

Part A. Branch Offices

**5-1** Introduction
**5-2** Originating at Branch Offices.......................................5-1
**5-3** Underwriting at Branch Offices ..................................5-1
**5-4** Servicing at Branch Offices .......................................5-1
**5-5** Centralized Centers ..................................................5-1
**5-6** Mortgagees Permitted to Maintain Branch Offices......................5-1
**5-7** Registration of a New Branch .....................................5-1
**5-8** Direct Lending Branch Office .....................................5-2

**Part B. Principal-Authorized Agent Relationship**

**5-9** Introduction .............................................................5-4
**5-10** Principal .................................................................5-4
**5-11** Authorized Agent ....................................................5-4
**5-12** Origination and Underwriting....................................5-4
**5-13** Mortgagee Name in Loan Closing .............................5-5
**5-14** Establishing the Relationship ...................................5-5
**5-15** Origination Fee ........................................................5-5

# Part C. Additional Sponsors

**5-16** Adding Sponsors for a Loan Correspondent ............................5-5
**5-17** Registration Procedure .............................................5-5

CHAPTER 6. CHANGES SUBSEQUENT TO APPROVAL

**6-1** Reporting Business Changes ......................................6-1
**6-2** Change of Home Office Location or Telephone ........................6-2
A. Address Changes ..........................................6-2
B. Telephone and Fax Numbers and Email Address ..................6-2
**6-3** Change of Branch Office Location or Telephone Number...........................6-3
A. Within the Same State................................................6-3
B. To Another State .......................................................6-3
**6-4** Termination of Principal-Authorized Agent Relationship ......................6-3
**6-5** Termination of Loan Correspondent-Sponsor Agreement ..................6-3
**6-6** Permission for Supervised Loan Correspondent to Service.................6-3
**6-7** Change of Fiscal Year ...............................................6-3
**6-8** Change of Legal Name ...........................................6-4
**6-9** Changes to "Doing Business As" (dba) Name...........................6-4

**4060.1 REV-2**

**6-10**  Loss of Direct Endorsement Underwriter ................................................6-4
**6-11**  Change of Senior Officer ......................................................................6-4
**6-12**  Change in a Partnership........................................................................6-4
**6-13**  Change of Shareholder, Ownership, or Control.......................................6-5
**6-14**  Change in Charter or Federal Taxpayer Identifying Number. ....................6-5
**6-15**  Change in Character of Business (Principal Activity) ...............................6-6
**6-16**  Conversion of Mortgagee Type..............................................................6-6
**6-17**  Merger or Consolidation........................................................................6-9
**6-18**  Sale or Acquisition ............................................................................6-11
**6-19**  Termination of Supervision..................................................................6-13
**6-20**  Termination of Fidelity Bond or Errors and Omissions ...........................6-13
**6-21**  Net Worth Deficiency
**6-22**  Liquid Assets Deficiency......................................................................6-14
**6-23**  Operating Loss ..................................................................................6-14
**6-24**  Bankruptcy or Liquidation....................................................................6-14
**6-25**  Voluntary Withdrawal of FHA Approval..................................................6-14
**6-26**  All Other Business Changes.................................................................6-14

Chapter 7 Quality Control Plan

**7-1**    General

Part A. Overall Requirements

**7-2**    Goals of Quality Control
**7-3**    Basic Elements of Quality Control ..........................................................7-1
**7-4**    Quality Control as a Risk Assessment Tool..............................................7-6

# Part B. Quality Control for Single Family Origination

**7-5**    Quality Control from Beginning to End.....................................................7-6
**7-6**    Basic Requirements for Quality Control of Single Family Production............7-7
**7-7**    Specific Elements for the Production Portion of
         the Quality Control Program................................................................7-11
**7-8**    Review of Procedural Compliance in Production......................................7-13
         A.    Fair Lending................................................................................7-13
         B.    Home Mortgage Disclosure Act....................................................7-14
         C.    Ineligible Participants..................................................................7-14
         D.    Real Estate Settlement Procedures Act.........................................7-14
         E.    Escrow Funds .............................................................................7-15
         F.    Mortgage Insurance Premiums.....................................................7-15
         G.    Timely and Accurate Insurance ...................................................7-15
         H.    Underwriting................................................................................7-15
         I.    Advertising….
**7-9**    Other Quality Control Issues Regarding Single Family Production.............7-15
         A.    Automated Underwriting ..............................................................7-15
         B.    Streamline Refinances ................................................................7-16
         C.    Specific Programs.......................................................................7-16

Part C. Quality Control for Single Family Servicing

**4060.1 REV-2**

**7-10**  Basic Requirements for Quality Control over Single Family Servicing ........ 7-17
    A.    Areas to be reviewed ............................................ 7-17
    B.    Timeliness and Frequency ..................................... 7-18
    C.    Sample Size ....................................................... 7-18
**7-11**  Review of Procedural Compliance in Servicing ...................................... 7-18
    A.    Real Estate Settlement Procedures Act.................... 7-18
    B.    Ineligible Participants........................................... 7-18
    C.    Fair Lending....................................................... 7-19
    D.    Transfer of Servicing ........................................... 7-19
**7-12**  Required Elements for the Servicing Portion
    of the Quality Control Program ....................................................... 7-19

Chapter 8  MORTGAGEE MONITORING, ADMINISTRATIVE SANCTIONS,
            CONTRACT TERMINATION, AND CREDIT WATCH STATUS

Part A. Monitoring Single Family Activities
**8-1**    Introduction .................................................................................8-1
**8-2**    On-site Reviews.............................................................................8-1
**8-3**    Results and Referrals

Part B. Administrative Sanctions and MRB Actions

**8-4**    Basics ........................................................................................8-2
    A.    Limited Denial of Participation (LDP).........................8-2
    B.    Debarment or Suspension .......................................8-2
    C.    Mortgagee Review Board (MRB) Action ....................8-2
          1.    Administrative Actions ....................................8-3
          2.    Civil Money Penalties .....................................8-3

Part C. Credit Watch Termination Initiative

**8-5**    Overview ....................................................................................8-3
    A.    Review of Early Defaults and Claims .........................8-3
    B.    Outcome ............................................................8-3
    C.    Process ..............................................................8-3

Part D. NEIGHBORHOOD Watch

**8-6**    Overview ....................................................................................8-3

**Pages vi – 2-4 omitted**

4060.1 REV-2

A.  **Requirement.**  A supervised or non-supervised mortgagee or loan correspondent must maintain liquid assets of 20 percent of its adjusted net worth or $100,000 whichever is lesser.  Supervised applicants are not required to verify liquid assets in their application, but may be asked to verify compliance during application processing.

B.  **Acceptable.**  Cash and cash equivalents constitute liquid assets.  Cash includes cash on hand, checking accounts, savings accounts, and certificates of deposit.   Cash equivalents are readily marketable investments, e.g. securities readily convertible into cash.   To be considered a liquid asset, the cash or cash equivalent must not be restricted or otherwise reserved for any purpose other than the payment of a current liability.

C.  **Unacceptable.**  FHA does not consider a line of credit or loans or mortgages held for resale by the mortgagee to be liquid assets.

**2.7    Application Fees.  All fees are nonrefundable** (TOP)
A..    **Fee Amount.**

1.  **Mortgagee Approval.**  The fee is $1,000 except for those entities already approved as a Title I lender, governmental institutions or non-depository not-for profit entities.

2.  **Branch Office Registration.**  The fee is $300, except for governmental institutions or non-depository not-for profit entities.

B.  **Fee Payment.**  The application fee must be mailed to HUD's lockbox together with the HUD form, *Application Fee for Title II Mortgagee Approval* to the following address:

U.S.  Department of HUD
P.O.  Box 198619
Atlanta, GA 30384

Copies of the check and application fee form must accompany the FHA lender application form.  If not, a copy of the front and back of the cancelled check will be requested.

**2-8    Operating Expenses.** (TOP)
A mortgagee must pay all its own operating expenses.   This includes expenses of its main and branch offices involved in originating or servicing any FHA insured mortgages.  Operating expenses include, but are not limited to, equipment, furniture, office rent, overhead, employee compensation, and similar expenses.

**2-9    Employees and Officers.** (TOP)
An approved mortgagee must employ trained personnel that are competent to perform their assigned responsibilities.

A.    ***Employees.***   Employees are those individuals who are under the direct supervision and control of an FHA approved mortgagee and where the individuals are exclusively employed by the FHA approved mortgagee in the mortgage lending and real estate fields.   The mortgagee must demonstrate the essential characteristics of the employer-employee relationship upon inquiry by the Department. [See also paragraphs 2-9(D) and 2-9(G)]

Compensation of employees may be on a salary, salary plus commission, or commission only basis and includes bonuses.   All compensation must be reported on Form W-2.   Employees who perform underwriting and loan servicing activities may *not* receive commissions.

B.    ***Officers.***   Individuals are officers for the purposes of FHA requirements if they bear the corporate title of Vice President or higher and also include Branch Managers.   A mortgagee must have one or more officers with authority over the mortgagee's loan origination and servicing operations.   An officer is either a corporate officer, or a principal of a non-corporate entity, who has authority to legally bind the corporation or entity.   In the case of a government institution, this role would be filled by a designated staff person(s).   At least one officer must spend full time managing and directing the mortgagee's operations.   That officer must have a minimum of three years acceptable experience in the mortgage activities for which the mortgagee is seeking approval.   Relevant training may be substituted for some of the required experience.   An applicant must submit, with its application, current resumes documenting this experience.   In determining the acceptability of an officer's experience, the Department will consider:

- Experience in originating single family and multifamily mortgages;
- Experience in servicing single family and multifamily mortgages;
- Experience in investing funds in real estate mortgages;
- Experience in managing other individuals performing these services; and

- Experience in real estate sales or brokerage does *not* qualify.

A Branch Manager's compensation may be based upon the "net" profit of the branch.   For example, the FHA approved mortgagee may collect the revenue from the branch, pay the branch expenses, and then pay the branch manager the remaining revenues, if any, as a commission. Such an arrangement is, essentially, an alternative compensation program for the branch manager and is an acceptable arrangement if all other branch requirements are met.

C.    ***Companies with Joint Officers.***   If a mortgagee has any of the same officers, stockholders, partners, or members as another entity, the officers may represent more than one entity if:

**4060.1 REV-2**

1.  There is a clear and effective separation of the two entities, and mortgagors know at all times exactly with which entity they are doing business.

2.  There is a duly appointed or elected senior officer, with the required minimum three years of acceptable experience, designated to conduct exclusively the affairs of the mortgagee during normal business hours.

D.  ***Control and Supervision of Staff.*** **(TOP)** A mortgagee must exercise control and responsible management supervision over its home office and branch employees.  Control and supervision must include, at a minimum, regular and ongoing reviews of employee performance and of work performed.

E.  ***Signatory Authority.*** **(TOP)** Any employee who signs applications for mortgage insurance on behalf of the mortgagee must be a Vice President, or be authorized to bind the mortgagee in matters involving the origination and servicing of insured mortgages.

F.  ***Conducting Mortgagee Business.*** **(TOP)** During his/her normal duty hours, employees, who are involved with FHA transactions, may conduct only the business of the mortgagee.

G.  ***Full Time, Part Time and Outside Employment.*** **(TOP)**  A mortgagee may employ staff full time or part-time (less than the normal 40 hour work week).  They may have other employment including self-employment.  However, such outside employment may not be in mortgage lending, real estate, or a related field.  Direct endorsement underwriters are included in this provision.  An underwriter may not work on a part-time basis for any other mortgagee, even underwriting conventional mortgage loans.  An underwriter may not underwrite loans for a parent or subsidiary of the underwriter's approved employer.  A direct endorsement underwriter's authority is through the employer and does not extend under any corporate "umbrella."

**2-10  Ineligible Participants.** **(TOP)**
An applicant is ineligible for approval if the mortgagee or any officer, partner, director, principal, or employee of the applicant mortgagee is:

A.  ***Suspended, debarred, under a limited denial of participation (LDP), or otherwise restricted under 24 CFR Part 24 or 25 or under similar provisions of any other Federal agency;***

B.  ***Under indictment for, or has been convicted of, an offense that reflects adversely upon the applicant's integrity, competence or fitness to meet the responsibilities of an approved mortgagee;***

C.  Subject to unresolved findings contained in a HUD or other governmental audit, investigation, or review;

**Pages 2-8 – 6-13 omitted**

# Chapter 7 Quality Control Plan

**7-1    General.** (TOP)
All FHA approved mortgagees, including loan correspondents, must implement and continuously have in place a Quality Control Plan for the origination and/or servicing of insured mortgages as a condition of receiving and maintaining FHA approval.  This applies to both the Single Family and the Multifamily Housing programs.  A copy of the plan must be submitted when applying for mortgagee approval.

Quality Control must be a prescribed and routine function of each mortgagee's operations whether performed by a mortgagee's staff or an outside source.  Mortgagees applying for approval to originate only or service only may submit a plan that pertains only to the function they will perform.  A mortgagee that will perform both origination and servicing must submit a plan that covers both functions.

This Chapter sets forth basic requirements that all mortgagees must meet, along with a degree of flexibility, so that each mortgagee may develop a program that fits its circumstances while conforming to FHA's requirements.  Mortgagees should consider that some of the requirements might not be applicable to their operation.  It is necessary to perform Quality Control only on those activities in which a mortgagee is engaged.

Part A. Overall Requirements

**7-2    Goals of Quality Control.** (TOP)
The following are the overriding goals of Quality Control.  Mortgagees must design programs that meet these basic goals:

- Assure compliance with FHA's and the mortgagee's own origination or servicing requirements throughout its operations;
- Protect the mortgagee and FHA from unacceptable risk;
- Guard against errors, omissions and fraud; and
- Assure swift and appropriate corrective action.

Failure to comply with specific Quality Control requirements may result in sanctions and the imposition of Civil Money Penalties by the Mortgagee Review Board (MRB).

**7-3    Basic Elements of Quality Control.** (TOP)
There are several basic elements that are required in all Quality Control Programs that apply to both origination and servicing.

A.    ***Plan Form and Execution.*** All Quality Control Programs must be in writing.  Mortgagees must have fully functioning Quality Control Programs from the date of their initial FHA approval until final surrender or termination of their approval.

B.    ***Independence.*** The Quality Control function must be independent of the origination and servicing functions.  This independence may be accomplished in a variety of ways. Depending on a mortgagee's

operations, loan volume, staff size or other factors, a mortgagee may prefer one method over another. Quality Control functions may be performed using:

1.  ***In-House Staff.*** Mortgagees may establish a unit that is dedicated solely to Quality Control. Staff performing Quality Control reviews must not be involved in the day-to-day processes that they are reviewing. **(TOP)**

2.  ***Outside Firms.*** Mortgagees may engage outside sources to perform the Quality Control function. The FHA approved sponsors of loan correspondents are acceptable as such outside sources. A mortgagee contracting out any part of its Quality Control function is responsible for ensuring that the outside source is meeting HUD's requirements. Any agreement with the outside source must be in writing, state the roles and responsibilities of each party, and be available for review by HUD staff. **(TOP)**

C.  ***Qualified Staff.*** Mortgagees must properly train staff involved in Quality Control and provide them access to current guidelines relating to the operations that they review. It is not necessary for mortgagees to maintain these guidelines in hard copy format if they are accessible in an electronic format. Many of the statutes, regulations, HUD Handbooks and Mortgagee Letters which establish the requirements for FHA programs are available on the web page for HUDCLIPS at: **http://www.hudclips.org/cgi/index.cgi**.

D.  ***Timeliness.*** Mortgagees must ensure that quality control reviews are performed on a regular and timely basis. Depending on a mortgagee's production volume, origination reviews may be performed weekly, monthly, or quarterly. The review of a specific mortgage should be completed within 90 days of closing. Reviews of different aspects of servicing will vary in frequency; however, delinquent servicing and loss mitigation activities should be reviewed monthly. Timeliness is discussed further in the Origination and Servicing sections of this Chapter.

E.  ***System of Loan File Review.*** The Quality Control Program must provide for the review of a representative sample of a mortgagee's loans. This review must evaluate the accuracy and adequacy of the information and documentation used in reaching decisions in either the origination or servicing processes. Specific elements for items to review are discussed in the Origination and Servicing sections of this Chapter. **(TOP)**

F.  ***Adequate Scope and Sampling.*** The Quality Control reviews must thoroughly evaluate the mortgagee's origination and/or servicing functions to determine the root cause of deficiencies. The mortgagee must expand the scope of the Quality Control review when fraud or patterns of deficiencies are uncovered; scope means both an increased number of files as well as more in-depth review. All aspects of the

mortgagee's operation, including but not limited to all branch offices or sites, FHA approved loan correspondents, authorized agents, loan officers or originators, processors, underwriters, appraisers, closing personnel, all FHA loan programs, servicing personnel, loss mitigation procedures, escrow analysis, and assumptions, must be subject to the mortgagee's Quality Control reviews.  Sample Size is discussed in the Origination and Servicing sections of this Chapter. (TOP)

G.   **Site Review.**  A mortgagee's offices, including traditional, nontraditional branch and direct lending offices engaged in origination or servicing of FHA-insured loans, must be reviewed to determine that they are in compliance with the Department's requirements.

   1.   **Review Items.** The review must include, but not necessarily be limited to, confirmation of the following items:

   - The office is properly registered with FHA and the address is current;
   - Operations are conducted in a professional, business-like environment;
   - If located in commercial space, the office is properly and clearly identified for any walk-in customers; has adequate office space and equipment; is in a location conducive to mortgage lending; and is separated from any other entity by walls or partitions (entrances and reception areas may be shared);
   - If located in non-commercial space, the office has adequate office space and equipment; displays a fair housing poster if the public is received; if it is open to receive the public, it must be accessible to persons with disabilities, including those with mobility impairments; if it is not open to the public, but used occasionally to meet with members of the public, alternate means of accommodation may be used to serve persons with disabilities;
   - The servicing office provides toll-free lines or accepts collect calls from mortgagors;
   - The office is sufficiently staffed with trained personnel;
   - Office personnel have access to relevant statutes, regulations, HUD issuances and Handbooks, either in hard copy or electronically;
   - Procedures are revised to reflect changes in HUD requirements and personnel are informed of the changes;
   - Personnel at the office are all employees of the mortgagee or contract employees performing functions that FHA allows to be outsourced; and
   - The office does not employ or have a contract with anyone currently under debarment or suspension, or a Limited Denial of Participation. (TOP)

**4060.1 REV-2**

2. ***Frequency.*** Technology enables mortgagees to conduct effective Quality Control remotely.  Annual visits are mandatory for offices meeting certain higher risk criteria such as high early default rates, new branches or new key personnel, sudden increases in volume, and past problems.  Other sites must be reviewed to assure compliance with FHA's requirements at a frequency and in a manner determined appropriate by the mortgagee.  The criteria used by the mortgagee to determine the frequency of on-site reviews must be in writing and available for review by HUD at the corporate office and any branch office that is not being reviewed annually.

3. ***Staffing.*** When it is not feasible for Quality Control staff to visit each branch, qualified personnel from another office of the mortgagee, not involved in the day-to-day processes they are reviewing, or an outside firm may perform the review. **(TOP)**

H. ***Affiliate Review.*** The Department requires mortgagees to ensure that their contractors, agents, and loan correspondents are acceptable to FHA and operate in compliance with FHA requirements.  **(TOP)**

1. ***Sponsors.*** A sponsor's Quality Control Program must provide for a review of loans originated and sold to it by each of its loan correspondents.  sponsors should determine the appropriate percentage to review based on volume, past experience and other factors.  Sponsors must document the methodologies and results.

2. ***Loan Correspondents.*** Loan correspondents may arrange with their sponsor(s) to perform Quality Control provided:

   • The arrangement with the sponsor(s) is detailed in writing;
   • The aggregate number and scope of reviews meet FHA requirements;
   • Loans are reviewed within 90 days of closing;
   • Findings are clear as to source and cause; and
   • Results are available in a timely manner to both mortgagees and HUD.

3. ***Whole Loan and Servicing Purchasers.*** Mortgagees acquiring loans must confirm that mortgage insurance premiums have been paid, insurance is in force, security instruments have been recorded, and that the files and records are complete and as expected. **(TOP)**

I. ***Reporting and Corrective Action.*** Review findings must be reported to the mortgagee's senior management within one month of completion of the initial report.  Management must take prompt action to deal appropriately with any material findings.  The final report or an addendum must identify actions being taken, the timetable for their completion, and any planned follow-up activities. **(TOP)**

J.     **_Notification to HUD._** Findings of fraud or other serious violations must be immediately referred, in writing (along with any available supporting documentation) to the Director of the Quality Assurance Division in the HUD Homeownership Center (HOC) having jurisdiction (determined by the State where the property is located). In lieu of submitting a paper report, mortgagees must use the Lender Reporting feature in the Neighborhood Watch Early Warning System. If HUD staff is suspected of involvement, refer to the Office of Inspector General at 451 7th Street, SW, Room 8256, Washington, DC 20410.

A mortgagee's Quality Control Program must ensure that findings discovered by employees during the normal course of business and by quality control staff during reviews/audits of FHA loans are reported to HUD within 60 days of the initial discovery. **(TOP)**

K.     **_File Retention._** The Quality Control review report and follow-up, including review findings and actions taken, plus procedural information (such as the percentage of loans reviewed, basis for selecting loans, and who performed the review) must be retained by the mortgagee for a period of two years. These records must be made available to HUD on request. **(TOP)**

L.     **_Restricted Participation._** Determine that no one is employed for HUD origination, processing, underwriting or servicing who is debarred, suspended, subject to a Limited Denial of Participation (LDP) or otherwise restricted from participation in HUD/FHA programs. Mortgagees must periodically check employee list, at least semi-annually. **(TOP)**

**7-4    Quality Control as a Risk Assessment Tool.**
The Department recommends that Quality Control reports to mortgagee management include an assessment of risks. Mortgagees may develop a system of evaluating each Quality Control sample on the basis of the severity of the violations found during the review. The system should enable a mortgagee to compare one month's sample to previous samples so the mortgagee may conduct trend analysis.

Management can also use this tool to respond quickly to a sudden decline in the quality of its loans and help identify and correct the problem. Mortgagees may consider a ratings system such as the following for each loan reviewed, then aggregate these into an overall rating for the sample.

A.     **_Low Risk._** No, or a minor, problem was identified with the origination or servicing of the loan. **(TOP)**

B.     **_Acceptable Risk._** A variety of issues were identified pertaining to processing, documentation or decisions made but none were material to creditworthiness, collateral security or insurability of the loan. **(TOP)**

4060.1 REV-2

C.   ***Moderate   Risk.***   The   records   contained   significant   unresolved questions   or   missing   documentation.   Failure   to   resolve   these   issues has created a moderate risk to the mortgagee and FHA. **(TOP)**

D.   ***Material Risk.*** The issues identified during the review were material violations   of   FHA   or   mortgagee   requirements   and   represent   an unacceptable level of risk.   For example, a significant miscalculation of the insurable mortgage amount or the applicant's capacity to repay, failure to underwrite an assumption or protect abandoned property from damage,   or   fraud.     Mortgagees   must   report   these   loans,   in writing, to the Quality Assurance Division in the FHA Homeownership Center having jurisdiction.

## Part B. Quality Control for Single Family Origination

**7-5   Quality Control from Beginning to End.** **(TOP)**
Quality Control for origination has historically been performed only at the end of the process, that is, after a loan has closed.   In order to make it more useful, mortgagees are encouraged to implement Quality Control throughout the loan origination process.     The following recommendations will help mortgagees accomplish these ends:

A.   ***Monitor Application Process.*** Mortgagees should monitor the intake of mortgagor information to ensure sufficient questions are asked to elicit   a   complete   picture   of   the   mortgagor's   financial   situation,   the source of funds for the transaction, the intended use of the property, and   that   employees   working   with   the   mortgage   applicant   are knowledgeable   of   the   origination   process   to   fully   describe   the mortgagor's responsibilities in obtaining a FHA-insured mortgage.   This may   involve   periodically   monitoring   calls   and   following   up   with applicants regarding their treatment and understanding of the process and   their   obligations   (e.g.,   to   avoid   misrepresentation   and falsification).     Mortgagees   must   also   verify   the   identity   of   the   loan applicant.

B.   ***Conduct Pre-funding Reviews.*** Mortgagees may want to sample cases prior to closing to evaluate the quality of processing and underwriting.   Using such reviews, mortgagees may detect problems prior to closing while problems can still be corrected.   This would be especially   beneficial   in   cases   involving   loans   with   higher   risk characteristics.     An   important   part   of   pre-funding   reviews   is reverification   (by   telephone   or   in   writing)   of   the   applicant's employment, source of funds and residency history.   If a written reverification received during a pre-funding Quality Control review is satisfactory, another written reverification is not required if the loan is selected for post-closing review. **(TOP)**

C.   ***Identify Patterns.*** Mortgagees must identify patterns of early defaults by location, program, loan characteristic, loan correspondent or sponsor.   Mortgagees may use HUD's *Neighborhood Watch - Early Warning System* to identify patterns.     Mortgagees must identify

commonalities among participants in the mortgage origination process to learn the extent of their involvement in problem cases.  Loans involving appraisers, loan officers, processors, underwriters, etc. who have been associated with problems must be included in the review sample.

**7-6    Basic Requirements for Quality Control of Single Family Production.**
In order for a Quality Control Program to be useful and acceptable to FHA, there are several requirements that must be met.  Mortgagees must adhere to each of the requirements below when conducting reviews. **(TOP)**

    A.    ***Timeliness.*** Loans must be reviewed within 90 days from the end of the month in which the loan closed.  This requirement is intended to ensure that problems left undetected prior to closing are identified as early after closing as possible.  **(TOP)**

    B.    ***Frequency.*** For mortgagees closing more than 15 loans monthly, quality control reviews must be conducted at least monthly and must address one month's activity.  Mortgagees closing 15 or fewer loans monthly may perform quality control reviews on a quarterly basis.

    C.    ***Sample Size and Loan Selection.*** Because it is not feasible to review all loans originated during a period, the Program must require that an appropriately sized sample is selected and evaluated during each review.   A mortgagee who originates and/or underwrites 3,500 or fewer FHA loans per year must review 10 % of the FHA loans it originates.  A mortgagee who originates and/or underwrites more than 3,500 FHA loans per year may review 10 % of its loans or a statistical random sampling that provides a 95 % confidence level with 2 % precision.   Each review must document how the sample size and selections were determined. **(TOP)**

    Regardless of the percentage of loans being reviewed, the mortgagee must comply with the following:

        1.    ***Targeting Loans for Review.*** The Quality Control Program must contain provisions to select loans meeting the conditions stated below.  It may not be feasible to select loans from each category every month, but an effort must be made to select loans from each category as often as possible.   An emphasis should be placed on any participants that have large volumes of loans, show sudden increases in loan volumes or loan default rates, have recently begun a relationship with the mortgagee, or concentrate in soft market areas.

            a.    Loans must be reviewed from all branch offices and all sources including authorized agents and loan correspondents; **(TOP)**

            b.    Mortgagees must review the work of each of the loan processors, loan officers, and underwriters based on the sample selected.  In addition, mortgagees must review

the work of roster appraisers, real estate companies, and builders with whom they do a significant amount of business; and **(TOP)**

c.   The sample must include all FHA programs in which the mortgagee participates including, but not limited to, 203(b), 203(k), 234(c), and Home Equity Conversion Mortgages.

2.   ***Recommendations for Selecting Individual Loans.*** The Department's experience in reviewing loans that went into early default has shown that many have one or more of the characteristics listed below.   It is recommended that mortgagees consider these characteristics, or any additional ones they find useful, in identifying loans to be reviewed. **(TOP)**

- 2-4 unit properties;
- New construction or rehab loans;
- Properties transferred within the past year;
- Substantial seller concessions;
- Non-occupying co-mortgagors or multiple mortgagors;
- Housing expenses increasing by 1.5 times or more;
- Large or multiple earnest money deposits (money orders);
- Large increase in bank account balance;
- Sale of personal property for funds to close;
- Gifts or loans of funds to close;
- Self-employed; and
- Loans risk assessed as "refers" by automated underwriting systems.

D.   ***Early Payment Defaults.*** In addition to the loans selected for routine quality control reviews, mortgagees must review all loans going into default within the first six payments.  As defined here, early payment defaults are loans that become 60 days past due. **(TOP)**

E.   ***Documentation Review and Verification.*** The Quality Control Program must provide for the review and confirmation of information on all loans selected for review. **(TOP)**

1.   ***Credit Report.*** A new credit report must be obtained for each borrower whose loan is included in a Quality Control review, unless the loan was a streamline refinance or was processed using a FHA approved automated underwriting system exempted from this requirement.  A credit report obtained for a Quality Control review may be a Residential Mortgage Credit Report, a three repository merged in-file report or, when appropriate, a business credit report.  The report must comply with the credit report standards described in **HUD Handbook 4155.1** (as revised).  A full Residential Mortgage Credit Report must be obtained from a different credit source on cases in

**4060.1 REV-2**

which the in-file report reveals discrepancies with the original credit report. **(TOP)**

2. ***Credit Document Re-verification.*** Documents contained in the loan file should be checked for sufficiency and subjected to written re-verification.  Examples of items that must be re-verified include, but are not limited to, the mortgagor's employment or other income, deposits, gift letters, alternate credit sources, and other sources of funds.  Sources of funds must be acceptable as well as verified.  Other items that may be re-verified include mortgage or rent payments.  If the written re-verification is not returned to the mortgagee, a documented attempt must be made to conduct a telephone re-verification.  If the original information was obtained electronically or involved alternative documents, a written re-verification must still be attempted. Any discrepancies must be explored to ensure that the original documents (except blanket verification releases) were completed before being signed, were as represented, were not handled by interested third parties and that all corrections were proper and initialed.  All conflicting information in the original documentation should have been resolved before the complete file was submitted to the underwriter.

3. ***Appraisals.*** A desk review of the property appraisal must be performed on all loans chosen for a Quality Control review except streamline refinances and HUD Real Estate Owned (REO) sales.  The desk review must include a review of the appraisal data, the validity of the comparables, the value conclusion ("as repaired" to meet safety and soundness requirements in HUD Handbook 4905.1 (as revised)), any changes made by the underwriter and the overall quality of the appraisal. **(TOP)**

Mortgagees are expected to perform field reviews on 10 % of the loans selected during the sampling process outlined previously in paragraph 7-6 C and D.  Field reviews must be performed by licensed appraisers listed on FHA's Roster of Appraisers.  Mortgagees should select loans for field reviews based on factors such as those listed previously in paragraph 7-6(C)(2) and the following:

- Property complaints received from mortgagors;
- Discrepancies found during desk reviews;
- Large adjustments to value;
- Comparable sales more than six months old;
- Excessive distances from comparables to the subject property;
- Repetitive sales activity for the subject property;
- Investor-sold properties;
- Identity of interest between buyer and seller;
- Seller identity differs from owner of record; and

• Vacant properties.

In addition, a field review should be completed on loans selected in accordance with paragraphs 7-6(C) and (D) where the desk review revealed significant problems/deficiencies with the appraisal report.  If serious deficiencies or patterns are uncovered, mortgagees must report these items, in writing, to the Quality Assurance Division in the HUD Homeownership Center having jurisdiction. **(TOP)**

4.   ***Occupancy Reverification.*** In cases where the occupancy of the subject property is suspect, mortgagees must attempt to determine whether the mortgagor is occupying the property. The failure of the mortgagor to occupy the property may be an indication that the loan contains other problems.  If it is found that the mortgagor is not occupying a property mortgaged as owner-occupied, mortgagees must report this, in writing, to the Quality Assurance Division in the HUD Homeownership Center having jurisdiction.  It also would be advisable to review other similar loans for occupancy. **(TOP)**

F.   ***Underwriting Decisions.*** Each Direct Endorsement loan selected for a quality control review must be reviewed for compliance with HUD underwriting requirements, sufficiency of documentation and the soundness of underwriting judgments. **(TOP)**

G.   ***Condition Clearance and Closing.*** Each loan selected for a quality control review must be reviewed to determine whether:

• Conditions which were required to be satisfied prior to closing were in fact met prior to closing;
• The seller was the owner of record, or was exempt from the owner of record requirement in accordance with HUD regulations;
• The loan was closed and funds disbursed in accordance with the mortgagee's underwriting and subsequent closing instructions; and
• The closing and legal documents are accurate and complete.

**7-7   Specific Elements for the Production Portion of the Quality Control Program.** **(TOP)**

A mortgagee's Quality Control Program must provide for a review of mortgage loan files to evaluate the loan origination and underwriting functions.  The Department has found that the items listed below are typically found in a good Quality Control Program.  Minimally, the Quality Control Program must address these elements as well as any others that might be useful in the evaluation.

A.   Determine whether the information in the preliminary loan application, final application and all credit documents is consistent or reconciled.

**Pages 7-11 – 8-8 omitted**