# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA, et al.,**<br><br>          Plaintiffs,<br><br>v.<br><br>**BANK OF AMERICA CORP., et al.,**<br><br>          Defendants. | Case No. 1:12-cv-00361-RMC |

## [PROPOSED] ORDER

Upon consideration of Wells Fargo Bank, N.A.'s ("Wells Fargo") Motion to Enforce the Consent Judgment, the opposition thereto, and the arguments at the hearing on this matter, and for good cause shown, it is hereby

ORDERED that the Motion is Granted; and it is

DECLARED that (a) the release furnished by the United States to Wells Fargo in the Consent Judgment is valid, enforceable, and binding; and (b) Plaintiff United States violated its obligations under the Consent Judgment with respect to Wells Fargo by asserting causes of action that are barred by the release in the Consent Judgment in a complaint filed on October 9, 2012 in the United States District Court for the Southern District of New York (the "N.Y. Action"); and it is

FURTHER ORDERED THAT, based on the findings of this Court that the United States has filed causes of action in the N.Y. Action that are barred by the release in the Consent Judgment, the United States is hereby enjoined from further prosecuting those causes of action as pled and from further violations of the Consent Judgment with respect to the N.Y. Action.

SO ORDERED this _____ day of _____, 2012

                                                 _____
                                                 Hon. Rosemary M. Collyer
                                                 United States District Judge