IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BANK OF AMERICA CORP., et al., )<br>)<br>Defendants. ) | No. 12-cv-00361-RMC |

NOTICE OF APPEARANCE

To the Clerk:

    Please enter the appearance of John Warshawsky as attorney for the United States of America.  Service of all papers by opposing parties should be addressed as follows:

JOHN WARSHAWSKY
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
601 D Street, N.W., Room 9132
Washington, D.C.  20004
E-Mail:  john.warshawsky@usdoj.gov

    /s/  John Warshawsky
JOHN WARSHAWSKY
D.C. Bar No. 417170
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone:  (202) 305-3829
Facsimile:  (202) 305-7797
E-mail:  john.warshawsky@usdoj.gov

Dated:  November 2, 2012

Certificate of Filing

I hereby certify that on November 2, 2012, a copy of the foregoing "Notice of Appearance" was filed electronically through the Court's Electronic Case Filing (ECF) system. I understand that notice of this filing will be transmitted to all parties by operation of the ECF system and that parties may access this filing through the ECF system and the Public Access to Court Electronic Records (PACER) system.

/s/  John Warshawsky