IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA, et al.,**<br><br>　　　　　Plaintiffs,<br><br>**v.**<br><br>**BANK OF AMERICA CORP., et al.,**<br><br>　　　　　Defendants. | Case No. 1:12-cv-00361-RMC |

**NOTICE OF ENTRY OF APPEARANCE**

Please enter the appearance of Jennifer M. Wollenberg (DC Bar No. 494895) as counsel for defendant Wells Fargo Bank, N.A. in the above-captioned action.

Dated:  November 1, 2012　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By  _/s/ Jennifer M. Wollenberg_
　　　　　　　　　　　　　　　　　　　Jennifer M. Wollenberg (DC Bar No. 494895)
　　　　　　　　　　　　　　　　　　　FRIED, FRANK, HARRIS, SHRIVER &
　　　　　　　　　　　　　　　　　　　JACOBSON LLP
　　　　　　　　　　　　　　　　　　　801 17th Street NW
　　　　　　　　　　　　　　　　　　　Washington, DC 20006-1600
　　　　　　　　　　　　　　　　　　　Telephone: (202) 639-7000
　　　　　　　　　　　　　　　　　　　Facsimile: (202) 639-7003
　　　　　　　　　　　　　　　　　　　Jennifer.Wollenberg@friedfrank.com

　　　　　　　　　　　　　　　　　　　*Attorney for Wells Fargo Bank, N.A.*