IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORP., et al.,<br><br>Defendants. | Case No. 1:12-cv-00361-RMC |

DECLARATION OF DOUGLAS W. BARUCH
IN SUPPORT OF WELLS FARGO BANK, N.A.'S REPLY IN
SUPPORT OF ITS MOTION TO ENFORCE THE CONSENT JUDGMENT

DOUGLAS W. BARUCH declares pursuant to 28 U.S.C. § 1746 that:

1. I am a member of the Bar of this Court and am a partner in Fried, Frank, Harris, Shriver & Jacobson LLP, attorneys for Wells Fargo Bank, N.A. ("Wells Fargo").

2. I submit this declaration in support of Wells Fargo's Reply in Support of Its Motion to Enforce the Consent Judgment.

3. Attached as Exhibit A is a true and correct copy of the First Amended Complaint of the United States of America in *United States v. Wells Fargo Bank, N.A.*, No. 12-civ-7527 (JMF) (S.D.N.Y. Dec. 14, 2012), without attachments, as emailed to Wells Fargo counsel. The First Amended Complaint does not yet appear on the court docket.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Washington, D.C.
December 21, 2012

_____
Douglas W. Baruch