UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES**, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 12-361 (RMC) |
| **BANK OF AMERICA**, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**ORDER REGARDING MOTION TO INTERVENE**

For the reasons stated in the Opinion issued simultaneously with this Order, it is hereby

**ORDERED** that the motion to intervene filed by Raymond Wray [Dkt. 126] is **DENIED**; and it is

**FURTHER ORDERED** that the motion for a temporary restraining order and preliminary injunction, filed as part of the motion to intervene, are **DENIED AS MOOT**.

Date: March 18, 2014

/s/
ROSEMARY M. COLLYER
United States District Judge

1