IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 12-361 (RMC) |
| BANK OF AMERICA, et al., | ) |
| Defendants. | ) |

**SUBSTITUTION OF COUNSEL**

To: The clerk of court and all parties of record

Please take note that Richard L. Bischoff will henceforth be substituted for James A. Daross to appear in this case as counsel for Plaintiff the State of Texas.

Dated: August 15, 2014

Respectfully submitted,

　/s/
**JAMES A. DAROSS**
State Bar No. 05391500
Assistant Attorney General
james.daross@texasattorneygeneral.gov

　/s/
**RICHARD L. BISCHOFF**
State Bar No. 02343200
Assistant Attorney General
richard.bischoff@texasattorneygeneral.gov
Consumer Protection Division
401 E. Franklin Avenue, Suite 530
El Paso, Texas 79901
(915) 834 5800
FAX (915) 542 1546