

## ATTORNEY GENERAL OF TEXAS

### GREG ABBOTT

October 29, 2014

U. S. District Court for the District of Columbia
333 Constitution Ave., N.W.
Washington, DC 20001
Attention of John Accursio

> **RE:**  **United States of America, *et al.* v. Bank of America Corp., *et al.*; Cause No.
> 12-0361 (RMC) in the United States District Court for the District of
> Columbia**

Dear Mr. Accursio,

The State of Texas does not intend to participate in appeal 14-5247.  If you have any
questions, please contact me at (915) 834-5801.

Very truly yours,

Richard L. Bischoff
Assistant Attorney General

RLB/lfq

