## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 12-00361 (RMC) |
| ) | |
| BANK OF AMERICA CORP., *et al.*, ) | |
| ) | |
| Defendants ) | |
| ) | |

### MONITOR'S REPORT UPDATING THE STATUS OF THE POTENTIAL VIOLATIONS OF METRICS 19 AND 29 BY OCWEN LOAN SERVICING, LLC AS SUCCESSOR BY ASSIGNMENT FROM DEFENDANTS RESIDENTIAL CAPITAL LLC, GMAC MORTGAGE LLC, AND ALLY FINANCIAL INC.

The undersigned, Joseph A. Smith, Jr., in my capacity as the Monitor under the Consent Judgment (Case 1:12-cv-00361-RMC; Document 13) filed in the above-captioned matter on April 4, 2012 (ResCap Judgment), respectfully files this report (Report) with the United States District Court for the District of Columbia (Court). This Report is filed pursuant to Paragraph D.3 of Exhibit E. This Report is limited to an update of the status of Potential Violations[1] of Metrics 19[2] and 29[3] by Ocwen Loan Servicing, LLC (Servicer). The Potential Violations occurred with respect to the portfolio of mortgage loans (ResCap Portfolio) Servicer acquired

---

[1] A Potential Violation occurs when Servicer exceeds, or otherwise fails, a Threshold Error Rate set for a Metric. A Threshold Error Rate is the percentage error rate established under Exhibit E-1 which, when exceeded, is a Potential Violation. For Metrics that are tested on an overall yes/no basis, a fail on such a Metric is also a Potential Violation. A Metric is any one of the metrics, and the Metrics are any two or more of the metrics, referenced in Paragraph C.11 of Exhibit E, and specifically described in Exhibit E-1.

[2] Metric 19 is Metric 6.B.i under Exhibit E-1. Metric 19 measures compliance with the Servicing Standards pertaining to the timely notification by Servicer regarding any known deficiencies in a borrower's initial loan modification document submission.

[3] Metric 29 is Metric 6.C.ii under Exhibit E-1. Metric 29 measures compliance with the Servicing Standards pertaining to the timely termination of force-placed insurance.

from Residential Capital, LLC (ResCap) and GMAC Mortgage, LLC (GMAC).[4] All other aspects of Servicer's compliance with the mortgage loan servicing standards set out in Exhibit A (Servicing Standards) with respect to the ResCap Portfolio are in reports I file under the Consent Judgment (Case: 1:13-cv-02025-RMC; Document 12) filed with the Court on February 26, 2014, in the matter captioned *Consumer Financial Protection Bureau, et.al., Plaintiffs, v. Ocwen Financial Corporation, and Ocwen Loan Servicing, LLC, Defendants* (Ocwen Judgment).[5]

## I.   Definitions

Words and terms used and defined in this Report will have the meanings given them in the Sections of this Report where defined; and all references in this Report to an Exhibit or Exhibits are to one or more exhibits to the ResCap Judgment. Any capitalized terms used and not defined in this Report will have the meanings given them in the ResCap Judgment or its Exhibits, as applicable. For convenience, the ResCap Judgment, without the signature pages, and Exhibits A, E and E-1 are attached to this Report as an appendix.

---

[4] Subsequent to the filing of the ResCap Judgment and as a consequence of ResCap's and GMAC's bankruptcy filing in 2012, ResCap and GMAC sold the ResCap Portfolio to Servicer. As a part of that transaction, the servicing of the ResCap Portfolio was assumed by Servicer and Servicer agreed to service the ResCap Portfolio in accordance with the Servicing Standards.

[5] The Ocwen Judgment is independent of the ResCap Judgment and the four other consent judgments that comprise what is commonly referred to as the National Mortgage Settlement (Settlement). However, like the consent judgments that comprise the Settlement, the Ocwen Judgment settled claims of alleged improper mortgage servicing practices by Ocwen Financial Corporation and Ocwen Loan Servicing, LLC (collectively, the Ocwen Parties). The claims were brought by the Consumer Financial Protection Bureau, 49 States and the District of Columbia against the Ocwen Parties. As part of the Ocwen Judgment, the Ocwen Parties agreed, among other things, to change their mortgage servicing practices by complying with the Servicing Standards with respect to all loans serviced by the Ocwen Parties, in addition to those loans previously agreed to and already subject to testing under the Settlement (i.e., the ResCap Portfolio). Contemporaneously with the filing of this Report, I have filed a report with the Court relative to the Ocwen Parties' compliance with the Servicing Standards with respect to all loans serviced by the Ocwen Parties under the Ocwen Judgment for the quarterly reporting periods ended September 30, 2014 and December 31, 2014. Since that report and all subsequent reports I file in connection with the Ocwen Judgment will include the Ocwen Parties' compliance with the Servicing Standards relative to its entire portfolio, including the ResCap Portfolio, except as necessary or appropriate to report on Servicer's cure and remediation of Potential Violations relative to Metrics 19 and 29, I will not file reports under the ResCap Judgment.

## II.  Potential Violations

### A.  Background

1.  Right to Cure and Remediation. Under Exhibit E, Servicer has a right to cure Potential Violations.[6] Each cure is accomplished through Servicer's development of a corrective action plan (CAP)[7] for each Potential Violation and subsequent completion of the corrective actions set out in the CAP. Also, Servicer is required to remediate any material harm to particular borrowers identified through the work of Servicer's Internal Review Group (IRG)[8] in the test period (Test Period)[9] in which the Metric failed. If the Potential Violation so far exceeds the Threshold Error Rate for the Metric that the error is deemed by me to be widespread, Servicer, under my supervision, is required to identify other borrowers who may have been harmed by such noncompliance and remediate all such harm to the extent that the harm has not otherwise been remediated.[10] For Potential Violations deemed widespread, the time period for which Servicer is required to identify any additional borrowers who may have been harmed extends from the time that Servicer implemented the Servicing Standards associated with the failed Metric through the CAP completion date.

2.  Cure Process. In the sixth report[11] I filed with the Court regarding compliance by Servicer with the Servicing Standards with respect to the ResCap Portfolio (each compliance report, a ResCap Compliance Report), I explained the cure process by which Servicer develops and implements a CAP, including the required remediation, if any, and the procedures I take to

---

[6] Exhibit E, Paragraph E.2. Exhibit E is also referred to as the Enforcement Terms.
[7] A CAP is a plan prepared and implemented pursuant to Paragraph E.3 of Exhibit E as the result of a Potential Violation.
[8] Servicer's Internal Review Group is an internal quality control group established by Servicer that is required to be independent from Servicer's mortgage servicing operations, as set out in Paragraph C.7 of Exhibit E.
[9] A test period is a period of three consecutive calendar months in which Metrics are tested to assess compliance with the Servicing Standards, and for Servicer, one month of each of its test periods is the last month of the prior calendar quarter and the remaining two months of each of its test periods are the first two calendar months of the next following calendar quarter.
[10] Paragraph E.5 of Exhibit E.
[11] The sixth report is filed with the Court at Case 1:12-cv-00361-RMC; Document 210.

approve the corrective action aspects of the CAP and subsequently determine whether a CAP has been satisfactorily completed.[12] In this Section II, I will only touch on those matters as necessary to explain my work, and that of Servicer, the IRG, the PPF and the SPF relative to Potential Violations on which I report in this Section.

   3. <u>Potential Violations</u>. In the sixth ResCap Compliance Report, I reported that I had approved the corrective action aspects of Servicer's Metric 19 CAP and that Servicer's implementation of the corrective actions outlined in the CAP was ongoing at that time; that the Metric 19 Cure Period was expected to begin during the third calendar quarter of 2015; and that I would provide an update on the status of Servicer's completion of its Metric 19 CAP, including its remediation activities. In addition, I reported that I would provide an update on the results of the IRG's testing and the SPF's confirmation of such testing of Servicer's compliance with Metric 29 in the cure period (Cure Period)[13] for the Potential Violation of Metric 29. The Cure Period results for the Potential Violation of Metric 29 are reported on below in Section II.B; and the Potential Violation of Metric 19 is reported on below in Section II.C.

  **B.**  **Metric 29 – Cure Period Results**

   As reported in the sixth ResCap Compliance Report, I determined that the Potential Violation on Metric 29 was not widespread and that Servicer's CAP and the appropriate loan-level remediation for Metric 29 had been satisfactorily completed. Also, I reported that the Cure Period for Servicer's Potential Violation of Metric 29 had begun and formal testing had

---

[12] The review I undertake with respect to the corrective actions of a CAP and my other work under the ResCap Judgment are accomplished, in part, through accountants, consultants, attorneys and other professional persons, together with their respective firms, I engage from time to time to represent or assist me (Professionals). The Professionals include BDO Consulting, a division of BDO USA, LLP (Primary Professional Firm or PPF) and Baker Tilly Virchow Krause, LLP (Secondary Professional Firm or SPF).

[13] A cure period is the Test Period following satisfactory completion of a CAP, or if a CAP's completion is during a Test Period, the remaining part of that Test Period, as described in Paragraph E.3 of Exhibit E.

resumed.[14] In its Quarterly Report for the calendar quarter reporting period ended December 31, 2014, based on the IRG's testing, Servicer reported that it had not exceeded the Threshold Error Rate during the Cure Period for the Potential Violation of Metric 29. The SPF and the PPF have validated the IRG's testing results regarding Servicer's compliance for the Cure Period. As provided in the Enforcement Terms,[15] Servicer's "Pass" during the Cure Period indicates that the Potential Violation of Metric 29 has been cured.

C.     **Metric 19**

In the sixth Compliance Report I reported that I had approved the corrective action aspects of Servicer's Metric 19 CAP. In that report, I also reported that Servicer's implementation of the corrective actions outlined in the CAP was on-going; that the Metric 19 Cure Period was expected to begin during the third calendar quarter of 2015; and that Servicer had voluntarily elected to treat the Metric 19 Potential Violation as if it were widespread.[16] After I filed the sixth ResCap Compliance Report, Servicer informed me that it had completed its corrective actions under its CAP. Following Servicer's notification that it had completed its Metric 19 CAP, the SPF reviewed Servicer's documentation regarding completion of its corrective actions. Based on the SPF's review, and with the assistance of other Professionals, I determined that Servicer had satisfactorily completed the CAP in all material respects as of June 30, 2015. By agreement with Servicer, the Cure Period for Servicer's Potential Violation of Metric 19 was established as the period covering the months of July and August 2015. In a

---

[14] Servicer's Cure Period for Metric 29 extended from August 1, 2014 to November 30, 2014.

[15] As noted in an earlier footnote, the Enforcement Terms are the terms and provisions of the ResCap Judgment set out in Exhibit E.

[16] Since Servicer elected to treat the Metric 19 Potential Violation as widespread, Servicer submitted a separate plan of remediation. The plan outlined Servicer's process to identify all borrowers who were impacted by the Potential Violation from December 1, 2013 through March 31, 2015. Servicer elected and I approved December 1, 2013 as the beginning date of the remediation period because that was the first date that loans on Servicer's REALServicing mortgage loan servicing platform were tested, and all of the errors for Metric 19 in the IRG's testing applicable to the first calendar quarter of 2014 were for loans on the REALServicing mortgage loan servicing platform.

subsequent ResCap Compliance Report, I will provide an update on the results of the IRG's testing and the SPF's confirmation of the IRG's testing of Servicer's compliance with Metric 19 in the Cure Period. I will also provide an update on the status of Servicer's implementation of its remediation plan for Metric 19, which continues to be on-going.

## III.   Summary and Conclusion

### A.   Potential Violations

As more fully described above in Section II, the IRG's testing of Metric 29 resumed and the results for the Cure Period were reported to me by Servicer in its Quarterly Report for the calendar quarter reporting period ended December 31, 2014, which the SPF and the PPF reviewed and concurred that Servicer was in compliance with Metric 29 for the Cure Period.

As also set out in Section II, following the filing of the sixth ResCap Compliance Report, Servicer informed me that it had completed its corrective actions under the CAP for Metric 19. By agreement with Servicer, the Cure Period for Servicer's Potential Violation of Metric 19 was established as the period covering the months of July and August 2015. In a subsequent ResCap Compliance Report, I will provide an update on the results of the IRG's testing and the SPF's confirmation of the IRG's testing of Servicer's compliance with Metric 19 in the Cure Period.  I will also provide an update on the status of Servicer's implementation of its remediation plan for Metric 19, which continues to be ongoing.

**B.     Review of Compliance Report**

Prior to the filing of this Report, I have conferred with Servicer and the Monitoring Committee[17] about my findings and I have provided each with a copy of this Report. Immediately after filing this Report, I will provide a copy of this Report to Servicer's Board of Directors, or a committee of such Board designated by Servicer.[18]

I respectfully file this Report with the United States District Court for the District of Columbia on this, the 22nd day of October, 2015.

MONITOR

s/ Joseph A. Smith, Jr.
Joseph A. Smith, Jr.
P.O. Box 2091
Raleigh, NC 27602
Telephone:  (919) 825-4748
Facsimile:  (919) 825-4650
Email: Joe.smith@mortgageoversight.com

---

[17] The Monitoring Committee is the committee referred to in Paragraph B of Exhibit E.
[18] Paragraph D.4 of Exhibit E.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date I have filed a copy of the foregoing using the Court's CM/ECF system, which will send electronic notice of filing to the persons listed below at their respective email addresses.

This the 22nd day of October, 2015.

s/ Joseph A. Smith, Jr.
Joseph A. Smith, Jr.

## <u>SERVICE LIST</u>

**John M. Abel**
PENNSYLVANIA OFFICE OF
ATTORNEY GENERAL
Bureau of Consumer Protection
Strawberry Square
15th Floor                                    representing      **COMMONWEALTH OF**
Harrisburg, PA 17120                                            **PENNSYLVANIA**
(717) 783-1439                                                 *(Plaintiff)*
jabel@attorneygeneral.gov
*Assigned: 04/05/2012*


**Nicklas Arnold Akers**
CALIFORNIA DEPARTMENT OF
JUSTICE
Office of the Attorney General
Public Rights Division / Consumer Law
Section                                       representing      **STATE OF**
455 Golden Gate Avenue, Suite 11000                            **CALIFORNIA**
San Francisco, CA 94102                                        *(Plaintiff)*
(415) 703-5505
Nicklas.Akers@doj.ca.gov
*Assigned: 04/21/2014*

**Gillian Lorraine Andrews**
DELAWARE DEPARTMENT OF
JUSTICE
820 N. French Street
5th Floor                               representing          **STATE OF DELAWARE**
Wilmington, DE 19801                                         *(Plaintiff)*
(302) 577-8844
gillian.andrews@state.de.us
*Assigned: 10/23/2014*


**Martin J.E. Arms**
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019                                           **BAC HOME LOANS**
(212) 403-1101                          representing          **SERVICING, LP**
(212) 403-2101 (fax)                                         *(Defendant)*
mjearms@wlrk.com
*Assigned: 09/15/2014*


                                                            **BANK OF AMERICA**
                                                            **CORPORATION**
                                                            *(Defendant)*


                                                            **BANK OF AMERICA,**
                                                            **N.A.,**
                                                            *(Defendant)*


**Ryan Scott Asbridge**
OFFICE OF THE MISSOURI
ATTORNEY GENERAL
P.O. Box 899                                                 **STATE OF MISSOURI**
Jefferson City, MO 65102                representing          *(Plaintiff)*
(573) 751-7677
ryan.asbridge@ago.mo.gov
*Assigned: 10/03/2012*

**Jane Melissa Azia**
OFFICE OF THE NEW YORK
ATTORNEY GENERAL
Bureau Consumer Frauds & Protection
120 Broadway
New York, NY 10271
(212) 416-8727
jane.azia@ag.ny.gov
*Assigned: 10/02/2013*

representing

**STATE OF NEW YORK**
*(Plaintiff)*

**Douglas W. Baruch**
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
801 17th Street, NW
Washington, DC 20006
(202) 639-7000
(202) 639-7003 (fax)
douglas.baruch@friedfrank.com
*Assigned: 11/01/2012*

representing

**WELLS FARGO BANK
NATIONAL
ASSOCIATION**
*(Defendant)*

**Timothy K. Beeken**
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000
212-909-6836 (fax)
tkbeeken@debevoise.com
*Assigned: 05/02/2012*

representing

**J.P. MORGAN CHASE
& COMPANY**
*(Defendant)*

**JPMORGAN CHASE
BANK, N.A.**
*(Defendant)*

**Richard L. Bischoff**
OFFICE OF ATTORNEY GENERAL
STATE OF TEXAS
401 E. Franklin, Suite530
El Paso, TX 79901
(915) 834-5800
richard.bischoff@texasattorneygeneral.gov
*Assigned: 08/15/2014*

representing

**STATE OF TEXAS**
*(Plaintiff)*

**J. Matt Bledsoe**
OFFICE OF ATTORNEY GENERAL
501 Washington Avenue
Montgomery, AL 36130                     representing    **STATE OF ALABAMA**
(334) 242-7443                                           *(Plaintiff)*
(334) 242-2433 (fax)
consumerfax@ago.state.al.us
*Assigned: 04/26/2012*


**Debra Lee Bogo-Ernst**
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606                        representing    **CITIBANK, N.A.**
(312) 701-7403                                           *(Defendant)*
(312) 706-8474 (fax)
dernst@mayerbrown.com
*Assigned: 03/13/2014*


                                                         **CITIGROUP, INC.**
                                                         *(Defendant)*


                                                         **CITIMORTGAGE, INC.**
                                                         *(Defendant)*


**Rebecca Claire Branch**
OFFICE OF THE NEW MEXICO
ATTORNEY GENERAL
111 Lomas Boulevard, NW, Suite 300                       **STATE OF NEW**
Albuquerque, NM 87102                    representing    **MEXICO**
(505) 222-9059                                           *(Plaintiff)*
(505) 222-9033
rbranch@nmag.gov
*Assigned: 10/04/2012*

**Nathan Allan Brennaman**
MINNESOTA ATTORNEY GENERAL'S
OFFICE
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130          representing     **STATE OF**
(615) 757-1415                                    **MINNESOTA**
nate.brennaman@ag.state.mn.us                     *(Plaintiff)*
*Assigned: 04/24/2012*


**Matthew J. Budzik**
OFFICE OF THE CONNECTICUT
ATTORNEY GENERAL
Finance Department
P. O. Box 120
55 Elm Street                    representing     **STATE OF**
Hartford, CT 06141                                **CONNECTICUT**
(860) 808-5049                                    *(Plaintiff)*
matthew.budzik@ct.gov
*Assigned: 03/13/2012*


**Elliot Burg**
VERMONT OFFICE OF THE
ATTORNEY GENERAL
109 State Street                 representing     **STATE OF VERMONT**
Montpelier, VT 05609                              *(Plaintiff)*
(802) 828-2153
Elliot.burg@state.vt.us
*Assigned: 03/13/2012*


**Victoria Ann Butler**
OFFICE OF THE ATTORNEY
GENERAL, STATE FLORIDA
3507 East Frontage Road, Suite 325
Tampa, FL 33607                  representing     **STATE OF FLORIDA**
(813) 287-7950                                    *(Plaintiff)*
(813) 281-5515
Victoria.Butler@myfloridalegal.com
*Assigned: 03/13/2012*

**Nicholas George Campins**
CALIFORNIA DEPARTMENT OF
JUSTICE-OFFICE OF THE ATTORNEY
GENERAL
Public Rights Division/Consumer Law
Section                                          representing     **STATE OF**
455 Golden Gate Avenue, Suite 11000                              **CALIFORNIA**
San Francisco, CA 94102                                          *(Plaintiff)*
(415) 703-5733
Nicholas.Campins@doj.ca.gov
*Assigned: 03/19/2012*


**Susan Ann Choe**
OHIO ATTORNEY GENERAL
150 E Gay Street
23rd Floor                                       representing     **STATE OF OHIO**
Columbus, OH 43215                                               *(Plaintiff)*
(614) 466-1181
susan.choe@ohioattorneygeneral.gov
*Assigned: 03/13/2012*


**Adam Harris Cohen**
NEW YORK STATE OFFICE OF THE
ATTORNEY GENERAL
Bureau of Consumer Frauds & Protection
120 Broadway                                     representing     **STATE OF NEW YORK**
New York, NY 10271                                               *(Plaintiff)*
(212) 416-8622
Adam.Cohen2@ag.ny.gov
*Assigned: 10/02/2013*


**John William Conway**
KENTUCKY ATTORNEY GENERAL
700 Capital Avenue
State Capitol, Suite 118                         representing     **COMMONWEALTH OF**
Frankfort, KY 40601                                              **KENTUCKY**
(502) 696-5300                                                   *(Plaintiff)*
susan.britton@ag.ky.gov
*Assigned: 09/04/2012*

**Robert Elbert Cooper**
OFFICE OF THE TENNESSEE
ATTORNEY GENERAL
425 5th Avenue North
Nashville, TN 37243-3400
(615) 741-6474
bob.cooper@ag.tn.gov
*Assigned: 04/27/2012*

representing

**STATE OF TENNESSEE**
*(Plaintiff)*


**Gerald J. Coyne**
OFFICE OF THE ATTORNEY
GENERAL
150 South Main Street
Providence, RI 02903
(401) 274-4400 ext. 2257
gcoyne@riag.ri.gov
*Assigned: 03/13/2012*

representing

**STATE OF RHODE
ISLAND**
*(Plaintiff)*


**Courtney Dankworth**
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000
(212) 909-6836 (fax)
cmdankwo@debevoise.com
*Assigned: 07/21/2014*

representing

**J.P. MORGAN CHASE
& COMPANY**
*(Defendant)*


**JPMORGAN CHASE
BANK, N.A.**
*(Defendant)*


**Brett Talmage DeLange**
OFFICE OF THE IDAHO ATTORNEY
GENERAL
Consumer Protection Division
700 W. Jefferson Street
Boise, ID 83720
(208) 334-4114
bdelange@ag.state.id.us
*Assigned: 03/13/2012*

representing

**STATE OF IDAHO**
*(Plaintiff)*

**James Bryant DePriest**
ARKANSAS ATTORNEY GENERAL
Public Protection Department
323 Center Street, Suite 500          representing          **STATE OF ARKANSAS**
Little Rock, AR 72201                                       *(Plaintiff)*
(501) 682-5028
jim.depriest@arkansasag.gov
*Assigned: 03/13/2012*


**Michael A. Delaney**
NEW HAMPSHIRE ATTORNEY
GENERAL'S OFFICE                                            **STATE OF NEW**
33 Capitol Street                    representing          **HAMPSHIRE**
Concord, NH 03301                                          *(Plaintiff)*
(603) 271-1202
*Assigned: 03/13/2012*


**Caitlin A. Donovan**
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street                                        **BAC HOME LOANS**
New York, NY 10019                   representing          **SERVICING, LP**
(212) 403-1044                                             *(Defendant)*
(212) 403-2044 (fax)
*Assigned: 09/15/2014*


                                                          **BANK OF AMERICA**
                                                          **CORPORATION**
                                                          *(Defendant)*


                                                          **BANK OF AMERICA,**
                                                          **N.A.,**
                                                          *(Defendant)*


**Cynthia Clapp Drinkwater**
ALASKA ATTORNEY GENERAL'S
OFFICE                                                     **STATE OF ALASKA**
1031 W. 4th Avenue, Suite 300        representing          *(Plaintiff)*
Anchorage, AK 99501
(907) 269-5200
cynthia.drinkwater@alaska.gov
*Assigned: 03/13/2012*

**David Dunn**
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
(212) 918-3515
(212) 918-3100 (fax)
david.dunn@hoganlovells.com
*Assigned: 10/30/2013*

representing

**WELLS FARGO &
COMPANY**
*(Defendant)*

**WELLS FARGO BANK,
N.A.**
*(Defendant)*

**William C. Edgar**
UNITED STATES DEPARTMENT OF
JUSTICE
Civil Division, Commercial Litigation
Section
Frauds Section
601 D Street, N.W.
Room 9016
Washington, DC 20004
(202) 353-7950
(202) 616-3085 (fax)
william.edgar@usdoj.gov
*Assigned: 01/07/2014*

representing

**UNITED STATES OF
AMERICA**
*(Plaintiff)*

**Susan Ellis**
OFFICE OF THE ILLINOIS ATTORNEY
GENERAL
Consumer Fraud
100 West Randolph Street
Chicago, IL 60601
(312) 814-3000
sellis@atg.state.il.us
*Assigned: 07/22/2014*

representing

**STATE OF ILLINOIS**
*(Plaintiff)*

**David T. Fischer**
GRANT & EISENHOFER P.A
1747 Pennsylvania Avenue, NW
Suite 875
Washington, DC 20006                    representing
(202) 386-9500
dfischer@gelaw.com
 *Assigned: 12/24/2013*

**RAYMOND WRAY**
*TERMINATED:*
*03/18/2014*
*(Movant)*

**Parrell D. Grossman**
OFFICE OF THE ATTORNEY
GENERAL
Consumer Protection and Antitrust
Division
Gateway Professional Center             representing
1050 E. Interstate Avenue, Suite 300
Bismarck, ND 58503-5574
(701) 328-3404
pgrossman@nd.gov
*Assigned: 03/13/2012*

**STATE OF NORTH
DAKOTA**
*(Plaintiff)*

**Deborah Anne Hagan**
ILLINOIS ATTORNEY GENERAL'S
OFFICE
Division of Consumer Protection
500 South Second Street                 representing
Springfield, IL 62706
(217) 782-9021
dhagan@atg.state.il.us
*Assigned: 03/13/2012*

**STATE OF ILLINOIS**
*(Plaintiff)*

**Christian Watson Hancock**
BRADLEY ARANT BOULT
CUMMINGS LLP
100 North Tryon Street, Suite 2690      representing
Charlotte, NC 28202
(704) 338-6005
*Assigned: 10/16/2013*

**WELLS FARGO &
COMPANY**
*(Defendant)*

**WELLS FARGO BANK,
N.A.**
*(Defendant)*

**Thomas M. Hefferon**
GOODWIN PROCTER LLP
901 New York Avenue
Washington, DC 20001
(202) 346-4000
(202) 346-4444 (fax)
thefferon@goodwinprocter.com
*Assigned: 09/12/2012*

representing

**COUNTRYWIDE
FINANCIAL
CORPORATION**
*(Defendant)*

**COUNTRYWIDE
HOME LOANS, INC.**
*(Defendant)*

**COUNTRYWIDE
MORTGAGE
VENTURES, LLC**
*(Defendant)*

**Charles W. Howle**
OFFICE OF THE ATTORNEY
GENERAL
100 North Carson Street
Carson City, NV 89701
(775) 684-1227
(775) 684-1108 (fax)
whowle@ag.nv.gov
*Assigned: 03/13/2012*

representing

**STATE OF NEVADA**
*(Plaintiff)*

**Brian P. Hudak**
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2549
(202) 252-2599 (fax)
brian.hudak@usdoj.gov
*Assigned: 08/13/2014*

representing

**UNITED STATES OF
AMERICA**
*(Plaintiff)*

**David W. Huey**
WASHINGTON STATE OFFICE OF THE
ATTORNEY GENERAL
Consumer Protection Division
P. O. Box 2317
1250 Pacific Avenue
Tacoma, WA 98332-2317
(253) 593-5057
davidh3@atg.wa.gov
*Assigned: 03/13/2012*

representing

**STATE OF
WASHINGTON**
*(Plaintiff)*

**David B. Irvin**
OFFICE OF VIRGINIA ATTORNEY
GENERAL
Antitrust and Consumer Litigation Section
900 East Main Street
Richmond, VA 23219
(804) 786-4047
dirvin@oag.state.va.us
*Assigned: 03/13/2012*

representing

**COMMONWEALTH OF
VIRGINIA**
*(Plaintiff)*

**Marty Jacob Jackley**
OFFICE OF ATTORNEY GENRERAL
1302 E. Highway 14, Suite 1
Pierre, SD 57501
(605) 773-4819
marty.jackley@state.sd.us
*Assigned: 03/13/2012*

representing

**STATE OF SOUTH
DAKOTA**
*(Plaintiff)*

**William Farnham Johnson**
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
One New York Plaza
24th Floor
New York, NY 10004
(212) 859-8765
*Assigned: 11/02/2012*
*PRO HAC VICE*

representing

**WELLS FARGO BANK
NATIONAL
ASSOCIATION**
*(Defendant)*

**Abigail L. Kuzman**
OFFICE OF THE INDIANA ATTORNEY
GENERAL
Consumer Protection Division
302 West Washington Street
5th Floor
Indianapolis, IN 46204
(317) 234-6843
Abigail.kuzman@atg.in.gov
*Assigned: 03/13/2012*

representing

**STATE OF INDIANA**
*(Plaintiff)*

**Matthew James Lampke**
OHIO ATTORNEY GENERAL
Mortgage Foreclosure Unit
30 East Broad Street
26th Floor
Columbus, OH 43215
(614) 466-8569
matthew.lampke@ohioattorneygeneral.gov
*Assigned: 04/02/2012*

representing

**STATE OF OHIO**
*(Plaintiff)*

**Philip A. Lehman**
ATTORNEY GENERAL STATE OF
NORTH CAROLINA
P.O. Box 629
Raleigh, NC 27602
(919) 716-6050
*Assigned: 03/13/2012*

representing

**STATE OF NORTH
CAROLINA**
*(Plaintiff)*

**Matthew H. Lembke**
BRADLEY ARANT BOULT
CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
(205) 521-8560
205-521-8800 (fax)
mlembke@ba-boult.com
*Assigned: 10/16/2013*

representing

**WELLS FARGO &
COMPANY**
*(Defendant)*

**WELLS FARGO BANK, N.A.**
*(Defendant)*

**Theresa C. Lesher**
COLORADO ATTORNEY GENERAL'S OFFICE
1300 Broadway
Ralph L. Carr Colorado Judicial Center - 7th Floor
Denver, CO 80203
(720) 508-6231
terri.lesher@state.co.us
*Assigned: 02/03/2014*

representing

**STATE OF COLORADO**
*(Plaintiff)*

**Laura J. Levine**
OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL
Consumer Frauds & Protection Bureau
120 Broadway
New York, NY 10271
(212) 416-8313
Laura.Levine@ag.ny.gov
*Assigned: 10/02/2013*

representing

**STATE OF NEW YORK**
*(Plaintiff)*

**David Mark Louie**
STATE OF HAWAII DEPARTMENT OF THE ATTORNEY GENERAL
425 Queen Street
Honolulu, HI 96813
(808) 586-1282
david.m.louie@hawaii.gov
*Assigned: 03/13/2012*

representing

**STATE OF HAWAII**
*(Plaintiff)*

**Robert R. Maddox**
BRADLEY ARANT BOULT
CUMMINGS LLP
1819 5th Avenue N
One Federal Place
Birmingham, AL 35203
(205) 521-8454
(205) 488-6454
rmaddox@babc.com
*Assigned: 05/07/2012*

representing

**ALLY FINANCIAL,
INC.**
*(Defendant)*

**GMAC MORTGAGE,
LLC**
*(Defendant)*

**GMAC RESIDENTIAL
FUNDING CO., LLC**
*(Defendant)*

**RESIDENTIAL
CAPITAL, LLC**
*(Defendant)*

**OCWEN LOAN
SERVICING, LLC**
*(successors by assignment
to Residential Capital, LLC
and GMAC Mortgage, LLC*

**GREEN TREE
SERVICING LLC**
*(successors by assignment
to Residential Capital, LLC
and GMAC Mortgage, LLC*

**WELLS FARGO &
COMPANY**
*(Defendant)*

**WELLS FARGO BANK, N.A.**
*(Defendant)*

**Carolyn Ratti Matthews**
ARIZONA ATTORNEY GENERAL
1275 West Washington
Phoenix, AZ 85007
(602) 542-7731
Catherine.Jacobs@azag.gov
*Assigned: 04/23/2012*

representing

**STATE OF ARIZONA**
*(Plaintiff)*

**Robert M. McKenna**
WASHINGTON STATE OFFICE OF THE
ATTORNEY GENERAL
1125 Washington Street, SE
Olympia, WA 98504-0100
(360) 753-6200
Rob.McKenna@atg.wa.gov
*Assigned: 03/13/2012*

representing

**STATE OF WASHINGTON**
*(Plaintiff)*

**Jill L. Miles**
WEST VIRGINIA ATTORNEY
GENERAL'S OFFICE
Consumer Protection Division
1900 Kanawha Boulevard East
Capitol Complex, Building 1, Room 26E
Charleston, WV 25305
(304) 558-8986
JLM@WVAGO.GOV
*Assigned: 04/24/2012*

representing

**STATE OF WEST VIRGINIA**
*(Plaintiff)*

**Thomas J. Miller**
IOWA DEPARTMENT OF JUSTICE
Administrative Services
Hoover State Office Building
1305 East Walnut Street
Des Moines, IA 50319
(515) 281-8373
*Assigned: 03/13/2012*

representing

**STATE OF IOWA**
*(Plaintiff)*

**Theodore N. Mirvis**
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
(212) 403-1204
(212) 403-2204 (fax)
*Assigned: 09/15/2014*

representing

**BAC HOME LOANS
SERVICING, LP**
*(Defendant)*

**BANK OF AMERICA
CORPORATION**
*(Defendant)*

**BANK OF AMERICA,
N.A.,**
*(Defendant)*

**Michael Joseph Missal**
K & L Gates
1601 K Street, NW
Washington, DC 20006
(202) 778-9302
202-778-9100 (fax)
michael.missal@klgates.com
*Assigned: 05/08/2012*

representing

**CITIGROUP, INC.**
*(Defendant)*

**WELLS FARGO &
COMPANY**
*(Defendant)*

**WELLS FARGO BANK
NATIONAL
ASSOCIATION**
*(Defendant)*

**James Patrick Molloy**
MONTANA ATTORNEY GENERAL'S
OFFICE
215 N. Sanders                          representing    **STATE OF MONTANA**
Helena, MT 59601                                        *(Plaintiff)*
(406) 444-2026
*Assigned: 03/13/2012*


**Keith V. Morgan**
U.S. ATTORNEY'S OFFICE
Judiciary Center Building
555 Fourth Street, NW
Washington, DC 20530                    representing    **UNITED STATES OF**
(202) 252-2537                                          **AMERICA**
(202) 252-2599 (fax)                                    *(Plaintiff)*
keith.morgan@usdoj.gov
*Assigned: 03/12/2012*


**Lucia Nale**
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606                       representing    **CITIBANK, N.A.**
(312) 701-7074                                          *(Defendant)*
(312) 706-8663 (fax)
lnale@mayerbrown.com
*Assigned: 03/13/2014*


                                                        **CITIGROUP, INC.**
                                                        *(Defendant)*


                                                        **CITIMORTGAGE, INC.**
                                                        *(Defendant)*


**Carl J. Nichols**
WILMER CUTLER PICKERING HALE
& DORR LLP
1875 Pennsylvania Avenue, NW                            **BAC HOME LOANS**
Washington, DC 20006                    representing    **SERVICING, LP**
(202) 663-6226                                          *(Defendant)*
carl.nichols@wilmerhale.com
*Assigned: 05/29/2013*

**BANK OF AMERICA CORPORATION**
*(Defendant)*

**BANK OF AMERICA, N.A.,**
*(Defendant)*

**COUNTRYWIDE BANK, FSB**
*(Defendant)*

**Jennifer M. O'Connor**
WILMER CUTLER PICKERING HALE
& DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6110
(202) 663-6363 (fax)
jennifer.o'connor@wilmerhale.com
*Assigned: 04/25/2012*

representing

**BANK OF AMERICA CORPORATION**
*(Defendant)*

**BANK OF AMERICA, N.A.,**
*(Defendant)*

**BAC HOME LOANS SERVICING, LP**
*(Defendant)*

**COUNTRYWIDE BANK, FSB**
*(Defendant)*

**Melissa J. O'Neill**
OFFICE OF THE NEW YORK STATE
ATTORNEY GENERAL
Consumer Frauds and Protection Bureau
120 Broadway
New York, NY 10271
(212) 416-8133
melissa.o'neill@ag.ny.gov
*Assigned: 10/02/2013*

representing

**STATE OF NEW YORK**
*(Plaintiff)*


**D. J. Pascoe**
MICHIGAN DEPARTMENT OF
ATTORNEY GENERAL
Corporate Oversight Division
525 W. Ottawa
G. Mennen Williams Building, 6th Floor
Lansing, MI 48909
(517) 373-1160
pascoed1@michigan.gov
*Assigned: 10/03/2012*

representing

**STATE OF MICHIGAN**
*(Plaintiff)*


**Gregory Alan Phillips**
WYOMING ATTORNEY GENERAL'S
OFFICE
123 State Capitol Building
Cheyenne, WY 82002
(307) 777-7841
greg.phillips@wyo.gov
*Assigned: 03/13/2012*

representing

**STATE OF WYOMING**
*(Plaintiff)*


**Andrew John Pincus**
MAYER BROWN, LLP
1999 K Street, NW
Washington, DC 20006
(202) 263-3220
(202) 263-3300 (fax)
apincus@mayerbrown.com
*Assigned: 01/21/2014*

representing

**CITIBANK, N.A.**
*(Defendant)*


**CITIGROUP, INC.**
*(Defendant)*

**CITIMORTGAGE, INC.**
*(Defendant)*

**Sanettria Glasper Pleasant**
DEPARTMENT OF JUSTICE FOR
LOUISIANA
1885 North Third Street
4th Floor                                    representing          **STATE OF LOUISIANA**
Baton Rouge, LA 70802                                             *(Plaintiff)*
(225) 326-6452
PleasantS@ag.state.la.us
*Assigned: 03/13/2012*

**Holly C Pomraning**
STATE OF WISCONSIN DEPARTMENT
OF JUSTICE
17 West Main Street                          representing          **STATE OF WISCONSIN**
Madison, WI 53707                                                *(Plaintiff)*
(608) 266-5410
pomraninghc@doj.state.wi.us
*Assigned: 03/13/2012*

**Jeffrey Kenneth Powell**
OFFICE OF THE NEW YORK
ATTORNEY GENERAL
120 Broadway
3rd Floor                                    representing          **STATE OF NEW YORK**
New York, NY 10271-0332                                          *(Plaintiff)*
(212) 416-8309
jeffrey.powell@ag.ny.gov
*Assigned: 03/13/2012*

**Lorraine Karen Rak**
STATE OF NEW JERSEY OFFICE OF
THE ATTORNEY GENERAL
124 Halsey Street                                                **STATE OF NEW**
5th Floor                                    representing          **JERSEY**
Newark, NJ 07102                                                 *(Plaintiff)*
(973) 877-1280
Lorraine.Rak@dol.lps.state.nj.us
*Assigned: 03/13/2012*

**J. Robert Robertson**
HOGAN LOVELLS US LLP
555 13th Street, NW
Washington, DC 20004
(202) 637-5774
(202) 637-5910 (fax)
robby.robertson@hoganlovells.com
*Assigned: 10/11/2013*

representing

**WELLS FARGO & COMPANY**
*(Defendant)*


**WELLS FARGO BANK, N.A.**
*(Defendant)*


**Corey William Roush**
HOGAN LOVELLS US LLP
555 13th Street, NW
Washington, DC 20004
(202) 637-5600
corey.roush@hoganlovells.com
*Assigned: 10/16/2013*

representing

**WELLS FARGO & COMPANY**
*(Defendant)*


**WELLS FARGO BANK, N.A.**
*(Defendant)*


**Bennett C. Rushkoff**
OFFICE OF THE ATTORNEY GENERAL
Public Advocacy Section
441 4th Street, NW, Suite 600-S
Washington, DC 20001
(202) 727-5173
(202) 727-6546 (fax)
bennett.rushkoff@dc.gov
*Assigned: 03/13/2012*

representing

**DISTRICT OF COLUMBIA**
*(Plaintiff)*

**John Ford Savarese**
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019                   representing
(212) 403-1000
jfsavarese@wlrk.com
*Assigned: 09/12/2014*

**BAC HOME LOANS
SERVICING, LP**
*(Defendant)*


**BANK OF AMERICA
CORPORATION**
*(Defendant)*


**BANK OF AMERICA,
N.A.,**
*(Defendant)*


**William Joseph Schneider**
ATTORNEY GENERAL'S OFFICE
111 Sewall Street
State House Station #6
Augusta, MA 04333                    representing
(207) 626-8800
william.j.schneider@Maine.gov
*Assigned: 03/13/2012*

**STATE OF MAINE**
*(Plaintiff)*


**Jeremy Travis Shorbe**
OFFICE OF THE ARIZONA ATTORNEY
GENERAL
400 W. Congress Street, Suite S315
Tucson, AZ 85701                     representing
(520) 628-6504
Jeremy.Shorbe@azag.gov
*Assigned: 10/23/2014*

**STATE OF ARIZONA**
*(Plaintiff)*

**Mark L. Shurtleff**
160 East 300 South
5th Floor
P.O. Box 140872
Salt Lake City, UT 8411-0872
(801) 366-0358
mshurtleff@utah.gov
*Assigned: 03/13/2012*

representing

**STATE OF UTAH**
*(Plaintiff)*


**Abigail Marie Stempson**
OFFICE OF THE NEBRASKA
ATTORNEY GENERAL
Consumer Protection Division
2115 State Capitol
Lincoln, NE 68509-8920
abigail.stempson@nebraska.gov
(402) 471-2811
*Assigned: 03/13/2012*

representing

**STATE OF NEBRASKA**
*(Plaintiff)*


**Meghan Elizabeth Stoppel**
OFFICE OF THE KANSAS ATTORNEY
GENERAL
120 SW 10th Avenue
2nd Floor
Topeka, KS 66612
(785) 296-3751
meghan.stoppel@ag.ks.gov
*Assigned: 03/13/2012*

representing

**STATE OF KANSAS**
*(Plaintiff)*


**Jeffrey W. Stump**
GEORGIA DEPARTMENT OF LAW
Regulated Industries
40 Capitol Square, SW
Atlanta, GA 30334
(404) 656-3337
jstump@law.ga.gov
*Assigned: 03/13/2012*

representing

**STATE OF GEORGIA**
*(Plaintiff)*

**Michael Anthony Troncoso**
CALIFORNIA ATTORNEY GENERAL'S
OFFICE
455 Golden Gate Avenue, Suite 14500          representing
San Francisco, CA 94102
(415) 703-1008
*Assigned: 03/13/2012*

**STATE OF
CALIFORNIA**
*(Plaintiff)*

**Amber Anderson Villa**
MASSACHUSETTS OFFICE OF THE
ATTORNEY  GENERAL
Consumer Protection Division
One Ashburton Place
18th Floor                                  representing
Boston, MA 02108
(617) 963-2452
amber.villa@state.ma.us
*Assigned: 03/13/2012*

**COMMONWEALTH OF
MASSACHUSETTS**
*(Plaintiff)*

**Simon Chongmin Whang**
OREGON DEPARTMENT OF JUSTICE
Financial Fraud/Consumer Protection
1515 SW 5th Avenue, Suite 410
Portland, OR 97201                          representing
(971) 673-1880
simon.c.whang@doj.state.or.us
*Assigned: 03/13/2012*

**STATE OF OREGON**
*(Plaintiff)*

**Bridgette Williams Wiggins**
MISSISSIPPI ATTORNEY GENERAL'S
OFFICE
550 High Street, Suite 1100
Jackson, MS 39201                           representing
(601) 359-4279
bwill@ago.state.ms.us
*Assigned: 03/13/2012*

**STATE OF MISSISSIPPI**
*(Plaintiff)*

**Amy Pritchard Williams**
K & L GATES LLP
214 North Tryon Street
Charlotte, NC 28202
(704) 331-7429
*Assigned: 11/02/2012*
*PRO HAC VICE*

representing

**WELLS FARGO BANK NATIONAL ASSOCIATION**
*(Defendant)*


**Alan McCrory Wilson**
OFFICE OF THE SOUTH CAROLINA ATTORNEY GENERAL
1000 Assembly Street
Room 519
Columbia, SC 29201
(803) 734-3970
*Assigned: 03/13/2012*

representing

**STATE OF SOUTH CAROLINA**
*(Plaintiff)*


**Katherine Winfree**
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND
200 Saint Paul Place
20th Floor
Baltimore, MD 21201
(410) 576-7051
*Assigned: 03/13/2012*

representing

**STATE OF MARYLAND**
*(Plaintiff)*


**Alan Mitchell Wiseman**
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 662-5069
(202) 778-5069 (fax)
awiseman@cov.com
*Assigned: 01/29/2013*

representing

**CITIBANK, N.A.**
*(Defendant)*


**CITIGROUP, INC.**
*(Defendant)*


**CITIMORTGAGE, INC.**
*(Defendant)*

**Jennifer M. Wollenberg**
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON, LLP
801 17th Street, NW
Washington, DC 20006
(202) 639-7278
(202) 639-7003 (fax)
jennifer.wollenberg@friedfrank.com
*Assigned: 11/06/2012*

representing

**WELLS FARGO BANK
NATIONAL
ASSOCIATION**
*(Defendant)*